# Affidavit of Service

United States District Court  Southern District, NEW YORK County, New York
CASE NO.: **15 CV 01832**
Plaintiff / Petitioner: KAMILAH BROCK
Defendant / Respondent: THE CITY OF NEW YORK

> Network Provided
> Time - 01:49 PM
> Date - March 12, 2015
> GPS
> 40.713753 -74.010307

State of New York: County of **Nassau**

I **Mitchell Raider** being duly sworn deposes and say: say that on **March 12, 2015** at **01:49 PM**, I served the within named Entity **THE CITY OF NEW YORK 100 CHURCH ST, NEW YORK, NY  10007** by delivering a true copy of the **Summons and Complaint** to Betty Mazyck who is the docket clerk of the above named Entity
160-50  served on the city
Said documents were conformed with index number and date of filling endorsed thereon

Description of Person Served: Black, Female, 5' 5", 190 - 200 lbs, Black hair, Dark eyes, glasses, 50 - 55 years

_____
Mitchell Raider

License#1450026

Your File/Reference Number: FILE#23098
Court Date:  Cost of Service: 35.00
Notary Section

Subscribed and affirmed, or sworn to before me this _17th_ day of _March_, 20 _15_.

Notary Public: _____
Commission Expires: _____
Prepared by:
Phone:  Fax:

TINA E. RAMIREZ
Notary Public - State of New York
No. 01RA6255797
Qualified in New York County
My Commission Expires 2/13/2016