# Affidavit of Service

United States District Court  Southern District, NEW YORK County, New York
CASE NO.: **15 CV 01832**
Plaintiff / Petitioner: KAMILAH BROCK
Defendant / Respondent: NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

> Network Provided
> Time - 01:17 PM
> Date - March 12, 2015
> GPS
> 40.715744 -74.001915

State of New York: County of Nassau

I **Mitchell Raider** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in NASSAU County in the state of New York.

I Mitchell Raider say that on **March 12, 2015** at **01:17 PM**, I served **Summons and Complaint** on **NEW YORK CITY HEALTH AND HOSPITALS CORPORATION** by delivering the documents to **Ambrose Blanc** who is the **SENIOR EXECUTIVE SECRETARY** at **125 WORTH ST, ROOM527, NEW YORK, NY 10013** which is their usual place of business.

Said service was effected in the following manner:

**Corporation/Business Entity**

A domestic corporation, by delivering thereat a true copy of each to **Ambrose Blanc** personally. The deponent knew said **NEW YORK CITY HEALTH AND HOSPITALS CORPORATION** so served to be the domestic corporation, describes as **NEW YORK CITY HEALTH AND HOSPITALS CORPORATION** and knew said individual to be the **SENIOR EXECUTIVE SECRETARY** there of, authorized to accept service of process.

Deponent describes the individual served to the best of the deponents ability at the time and circumstances of service as follows:

Black, Male, 6' 0", 210 - 220 lbs, Black hair, Dark eyes, glasses, 40 - 45 years

Server Comments:

Mitchell Raider
License#1450036

Your File/Reference Number: **FILE#23098**
Court Date:  Cost of Service: **35.00**
**Notary Section**

Subscribed and affirmed, or sworn to before me this 17th day of March, 20 15.

Notary Public: _____
Commission Expires: _____
Prepared by:
Phone:  Fax:

YINA E. RAMIREZ
Notary Public - State of New York
No. 01RA6255797
Qualified in New York County
My Commission Expires 2/13/2016