```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :

KAMILAH BROCK,                        :

                           Plaintiff,           :

                                                   :           No. 15-CV-1832 (VSB)

                          -v-                          :

                                                   :           <u>ORDER OF REFERENCE</u>

THE CITY OF NEW YORK, ET AL.,      :

                           Defendant.       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute<br>_____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated:        July 8, 2015
                 New York, New York

                                             _____
                                             Vernon S. Broderick
                                             United States District Judge