UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KAMILAH BROCK,

                                Plaintiff,

                 - against -

THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, HARLEM HOSPITAL, DR. ELISABETH LESCOUFLAIR, Individually and in her official capacity, DR. ZANA DOBROSHI, Individually and in her official capacity, DR. ALAN DUDLEY LABOR, Individually and in his official capacity, DR. HERMAN ANDERSON, Individually and in his official capacity, and POLICE OFFICER SALVADOR DIAZ, Shield No. 21953, Individually and in his official capacity,,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

15 Civ. 1832 (VSB)

        **PLEASE TAKE NOTICE** that upon the Declaration of Joshua J. Lax, dated January 12, 2017, and the exhibits annexed thereto, Defendants' Statement of Undisputed Facts pursuant to Local Civil Rule 56.1 dated January 12, 2017, and the accompanying memorandum of law, dated January 12, 2017, and all pleadings and proceedings previously had herein, defendants City of New York New York City Health and Hospitals Corporation, Harlem Hospital, Elisabeth Lescouflair, Zana Dobroshi, Alan Dudley Labor and Salvador Diaz, will move this Court before the Honorable Vernon S. Broderick, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just, proper and equitable; and

**PLEASE FURTHER TAKE NOTICE** that pursuant to the Court's January 4, 2017 order, opposition papers, if any, should be filed and served on the undersigned on or before February 23, 2017; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's January 4, 2017 order, reply papers, if any, should be filed and served on or before March 9, 2017.

Dated:   New York, New York
         January 12, 2017

>                ZACHARY W. CARTER
>                Corporation Counsel of the
>                City of New York
>                *Attorney for Defendants*
>                100 Church Street
>                New York, New York 10007
>                (212) 356-3538
>
>
>        By:          /s/
>                Joshua J. Lax
>                Senior Counsel
>                Special Federal Litigation Division

TO:   <u>BY ECF</u>
      Jessica Massimi, Esq.
      Law Offices of Michael S. Lamonsoff, PLLC
      32 Old Slip, 8th Floor
      New York, New York 10005