# EXHIBIT A
# MEDICAL RECORDS

Harlem Hospital Center
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-10115B | Brock,Kamilah | 1671164 | 1671164-1 | 32Y | F |

Attending Physician
Lescouflair,Elisabeth

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Unscheduled CPEP Admit to EOB
Event Time: Sun, 14 Sep 14  1814                    Status: complete

Sun, 14 Sep 14  1835   Documented by Zana Dobroshi, MD

| | |
|---|---|
| Dispo Date/Time | : Sun, 14 Sep 2014  1814 |
| Disposition | : Admit to Extended Observation Bed |
| Primary Diagnosis | : Bipolar I disorder, most recent episode (or current) manic, severe, specified as with psychotic behavior |
| Legal Status | : Extended Observation bed (9.40) |
| Medical Necessity Criteria | : The patient meets the stands for involuntary commitment. Substantial danger to self or others. Behavior that is no longer tolerable to society and is likely to be ameliorated by hospital treatment. The patient has a significantly complex clinical presentation that requires comprehensive assessment and evaluation or a period of continuous observation in order to make a definitive diagnosis and treatment plan. |
| Risks/Alerts | : None |
| Risk/Alert Details | : impulssive, propensity for violence |
| Preliminary Treatment Plan | : Routine Observation; |
| Assessment/Plan | : Ms. Brock is a 33 year old woman who was admitted earlier today in CPEP because of her erratic, disorganized behavior, grandiose delusions and very poor impulse control, bringing self and others at risk. She required STAT medication (Haldol 5 mg. and Ativan 2 mg. ) while in CPEP to prevent her violence, going into other patients rooms  and threatening, demanding behavior. Cannabis was positive in the urine, but per collateral information (the sister, Stacy-Ann Brock 516 448 2653), patient had similar episodes prior to this and the family was concerned about her "developing something". Patient had many stressors recently which could have precipitated this episode. Patient was functioning well otherwise and she had no prior psychiatric hospitalizations or |

Plaintiff's Production Number 24

                        Harlem Hospital Center
                        Chart Review Print

Location          Patient Name          Patient Number   Visit Number   Age   Sex
DIS-10115B        Brock,Kamilah         1671164          1671164-1      32Y   F

                                        Attending Physician
                                        Lescouflair,Elisabeth

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   Admission Assessment Record (Psychiatry)
Event Time: Sun, 14 Sep 14  1856                        Status: complete

Sun, 14 Sep 14  1916   Documented by Kim Piao Ang, RN

Arrival D/T             : 13 Sep 14  2014
Arrival Mode            : ambulance
Preferred Language      :  English
Informant               : patient
Method of Communication : Direct Communication in Patient's Preferred Language
Hearing Impairment?     : no
Speech Impaired?        : no
Visual Impairment?      : no
Legal Status            : Extended Observation bed (9.40)
Eye Color               : brown
Hair Color              : black
Urine Specimen          : Urine Specimen: toxicology urine specimen
                              obtained
Patient Property        : Property Disposition: clothing see clothing
                              list  Dentures: no Eyeglasses: no
Contraband              : no contraband found
Smoke Free Contract     : contract not signed
Unit Orientation        : demonstrated bathroom facilities; bed operation; ID
                          band purpose; meal service; room environment;
                          smoking regulations; unit routine;
Reconcile Meds          : medications were reconciled by MD
Rights Packet Given?    : yes, packet given and received by patient/SO
Advance Directive?      : no advance directive
Action Taken            : Does not wish to complete advance directives.
Referral Sent           : referral not indicated.
Systolic BP : 111  mmHg
Diastolic BP: 65  mmHg
Pulse       : 86  bpm
Respirations: 19
Temperature : 97.4 F (36.3 C)
Sao2        : 100  %

Plaintiff's Production Number 25

```
Print: Thu, 12 Feb 15  1331        | Brock,Kamilah            1671164-1      IP
_____ Harlem Hospital Center      | DIS-10115B         Age: 32Y   Sex: F
       506 Lenox Avenue            | DOB: 17 Aug 1982       MR# 1671164
       New York, NY  10037         | Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                   | Att Phys: Lescouflair,Elisabeth, MD
                                   | Service: Psychiatry
```

## Orders

### Assessment

Admission Assessment Record (Psychiatry)
Order Generator:         ,
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:     14 Sep 14  0721
When                 : Sunday, 14 September 2014  0721

### Cardiology

EKG and Rhythm Strip (Adult)
Order Generator:     Labor,Alan Dudley, MD
Order Reviewed by:   Limpraphanonta,Pairploy, RN
Order Date/Time:     17 Sep 14  1009
Indication         : routine and preop
Relevant Diagnosis: Bipolar I disorder, most recent episode (or current)
                    manic, severe, specified as with psychotic behavior
When               : Wednesday, 17 September 2014  1058   STAT
Referring Provider: Erin Samuels, MD
Research?          : no

### Consultations

Internal Medicine Consult
Order Generator:     Labor,Alan Dudley, MD
Order Reviewed by:   Perez,Nelsa L, RN
Order Date/Time:     16 Sep 14  1835
When                 : Tuesday, 16 September 2014
Type                 : routine
Request              : New Consult Request
Referral Diagnosis   : Bipolar I disorder, most recent episode (or
                       current) manic, severe, specified as with
                       psychotic behavior
Referring Provider   : Erin Samuels, MD
Reason for Consult   : Pt with hx of bipolar disorder THC abuse, routine
                       UA at admission showed 2+ ketonuria, repeat UA
                       today 3+ , Pt denied hx of DM, SMA glucose 79. Pt
                       admits to several days of fasting recently. Please
                       evaluate and advice.
Requesting Provider Pager #: 23

---

Brock,Kamilah              1671164-1        DIS-101   MR# 1671164

Plaintiff's Production Number 56

Print: Thu, 12 Feb 15   1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY   10037

```
Brock,Kamilah                    1671164-1      IP
DIS-10115B            Age: 32Y    Sex: F
DOB: 17 Aug 1982        MR# 1671164
Adm: 13 Sep 14   2014   Dis: 22 Sep 14   1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

Orders

Elimination

Straight Catheterization
Order Generator:       Anderson,Herman L, MD
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:       13 Sep 14   2116
When              : Saturday, 13 September 2014   2116

IV/TPN/Irrig Soln

Sodium Chloride 0.9%, 1,000 mL
Order Generator:       Anderson,Herman L, MD
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:       13 Sep 14   2116
IV Solution     : 1,000 mL Sodium Chloride 0.9%
Rate            : bolus for 1 times
Justification   : medication administration
Problem         : Undersocialized conduct disorder, aggressive type,
                  moderate degree

Research?       : no
MD Pager/Phone# : 2250

D5 in NaCl 0.45%, 1,000 mL
Order Generator:       Anderson,Herman L, MD
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:       13 Sep 14   2329
IV Solution     : 1,000 mL Dextrose 5% in Sodium Chloride 0.45%
Rate            : (continuing schedule)
                  250 mL/hr for 4 times
Justification   : hydration
Problem         : Undersocialized conduct disorder, aggressive type,
                  moderate degree
                  Drug-induced delirium
Research?       : no
MD Pager/Phone# : 2250
```

Brock,Kamilah          DIS-101     MR#1671164          DIS-101     MR# 1671164

Plaintiff's Production Number 57

```
Print: Thu, 12 Feb 15  1331
      Harlem Hospital Center
         506 Lenox Avenue
         New York, NY  10037
```

```
Brock,Kamilah                  1671164-1        IP
DIS-10115B          Age: 32Y    Sex: F
DOB: 17 Aug 1982    MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### IV/TPN/Irrig Soln

```
Sodium Chloride 0.9%, 1,000 mL
  Order Generator:     Anderson,Herman L, MD
  Order Reviewed by:   Gertz,Leslie, RN
  Order Date/Time:     14 Sep 14  0115
IV Solution            : 1,000 mL Sodium Chloride 0.9%
Rate                   : bolus for 1 times
Justification          : medication administration
Problem                : Drug-induced delirium
Research?              : no
MD Pager/Phone#        : 2250
```

### Laboratory

```
Basic Metabolic Panel Ca Total
  Order Generator:     Anderson,Herman L, MD
  Order Reviewed by:   Gertz,Leslie, RN
  Order Date/Time:     13 Sep 14  2116
When                   : Saturday, 13 September 2014  2116  STAT
Specimen               : Blood - Serum SST
Relevant Diagnosis     : Undersocialized conduct disorder, aggressive type,
                         moderate degree
Referring/Provider     : Reynold L Trowers, MD
Research?              : no
Contact #              : 2250
CMV                    :
```

```
Hemogram Auto Diff w/rflx to Manual Diff
  Order Generator:     Anderson,Herman L, MD
  Order Reviewed by:   Gertz,Leslie, RN
  Order Date/Time:     13 Sep 14  2116
When                   : Saturday, 13 September 2014  2116  STAT
Specimen               : Blood - Lavender (EDTA)
Relevant Diagnosis     : Undersocialized conduct disorder, aggressive type,
                         moderate degree
Referring/Provider     : Reynold L Trowers, MD
Research?              : no
Contact #              : 2250
CMV                    :
```

Brock,Kamilah                1671164    Plaintiff's Production Number 58

Print: Thu, 12 Feb 15  1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY  10037

```
Brock,Kamilah              1671164-1      IP
DIS-10115B           Age: 32Y    Sex: F
DOB: 17 Aug 1982     MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### Laboratory

Prothrombin Time (HLM)
Order Generator:      Anderson,Herman L, MD
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:     13 Sep 14  2116
When              : Saturday, 13 September 2014  2116  STAT
Specimen          : Blood - Sodium Citrate
Relevant Diagnosis : Undersocialized conduct disorder, aggressive type,
                     moderate degree
Anticoagulant     : none
Referring Provider : Herman L Anderson, MD
Contact #         : 2250

Activated Partial Thromboplastin Time (HLM)
Order Generator:      Anderson,Herman L, MD
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:     13 Sep 14  2116
When              : Saturday, 13 September 2014  2116  STAT
Specimen          : Blood - Sodium Citrate
Relevant Diagnosis : Undersocialized conduct disorder, aggressive type,
                     moderate degree
Anticoagulant     : none
Referring Provider : Herman L Anderson, MD
Research?         : no

Urinalysis Auto w/rflx to Micro
Order Generator:      Anderson,Herman L, MD
Order Reviewed by:   Gertz,Leslie, RN
Order Date/Time:     13 Sep 14  2116
When              : Saturday, 13 September 2014  2116  STAT
Specimen          : Urine - Random
Relevant Diagnosis : Undersocialized conduct disorder, aggressive type,
                     moderate degree
Referring/Provider : Reynold L Trowers, MD
Research?         : no
CMV               :
```

Brock,Kamilah                   1671164-1

Plaintiff's Production Number 59

```
Print: Thu, 12 Feb 15  1331          Brock,Kamilah              1671164-1        IP
     Harlem Hospital Center          DIS-10115B        Age: 32Y   Sex: F
        506 Lenox Avenue             DOB: 17 Aug 1982    MR# 1671164
      New York, NY  10037            Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                     Att Phys: Lescouflair,Elisabeth, MD
                                     Service: Psychiatry
```

## Orders

### Laboratory

```
Toxicology Urine 5
    Order Generator:      Anderson,Herman L, MD
    Order Reviewed by:    Gertz,Leslie, RN
    Order Date/Time:      13 Sep 14  2116
When                 : Saturday, 13 September 2014  2116   STAT
Specimen             : Urine - Random
Referring/Provider   : Reynold L Trowers, MD
Research?            : no

    Phencyclidine Quant, Urine
    Order Generator:      Anderson,Herman L, MD
    Order Reviewed by:    Gertz,Leslie, RN
    Order Date/Time:      13 Sep 14  2116
When                 : Saturday, 13 September 2014  2116   STAT
Specimen             : Urine - Random
Referring/Provider   : Reynold L Trowers, MD
Research?            : no

    Cannabinoids Qual, Urine
    Order Generator:      Anderson,Herman L, MD
    Order Reviewed by:    Gertz,Leslie, RN
    Order Date/Time:      13 Sep 14  2116
When                 : Saturday, 13 September 2014  2116   STAT
Specimen             : Urine - Random
Referring/Provider   : Reynold L Trowers, MD
Research?            : no

    Ethyl Alcohol, Serum
    Order Generator:      Anderson,Herman L, MD
    Order Reviewed by:    Gertz,Leslie, RN
    Order Date/Time:      13 Sep 14  2116
When                 : Saturday, 13 September 2014  2116   STAT
Specimen             : Blood - Serum SST
Relevant Diagnosis   : Undersocialized conduct disorder, aggressive type,
                       moderate degree
Referring/Provider   : Reynold L Trowers, MD
Research?            : no
CMV                  :
```

Plaintiff's Production Number 60

Print: Thu, 12 Feb 15   1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY   10037

```
Brock,Kamilah               1671164-1        IP
DIS-10115B              Age: 32Y   Sex: F
DOB: 17 Aug 1982      MR# 1671164
Adm: 13 Sep 14   2014  Dis: 22 Sep 14   1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### Laboratory

Hepatic Function Profile
    Order Generator:      Anderson,Herman L, MD
    Order Reviewed by:    Gertz,Leslie, RN
    Order Date/Time:      13 Sep 14   2116
When                 : Saturday, 13 September 2014   2116   STAT
Specimen             : Blood - Serum SST
Relevant Diagnosis   : Undersocialized conduct disorder, aggressive type,
                 moderate degree
Referring/Provider   : Reynold L Trowers, MD
Research?            : no
CMV                 :

Creatine Kinase Total
    Order Generator:      Anderson,Herman L, MD
    Order Reviewed by:    Gertz,Leslie, RN
    Order Date/Time:      13 Sep 14   2116
When                 : Saturday, 13 September 2014   2121   STAT
Specimen             : Blood - Serum SST
Relevant Diagnosis   : Undersocialized conduct disorder, aggressive type,
                 moderate degree
Referring Provider   : Herman L Anderson, MD

Urinalysis Auto w/rflx to Micro
    Order Generator:      Samuels,Erin, MD
    Order Reviewed by:    Perez,Nelsa L, RN
    Order Date/Time:      16 Sep 14   0911
When                 : Tuesday, 16 September 2014   0911   STAT
Specimen             : Urine - Random
Relevant Diagnosis   : Unspecified psychosis
Referring/Provider   : Erin Samuels, MD
Research?            : no
CMV                 :

Hemoglobin A1C, Blood
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Perez,Nelsa L, RN
    Order Date/Time:      16 Sep 14   1829
When                 : Tuesday, 16 September 2014   1832   STAT

Brock,Kamilah              1671164-1        DIS-101   MR# 1671164

Plaintiff's Production Number 61

```
Print: Thu, 12 Feb 15   1331      | Brock,Kamilah          1671164-1        IP
   Harlem Hospital Center DIS-10115BES-10115B Age: 32YAgeSe32YF  Sex: F
       506 Lenox Avenue          | DOB: 17 Aug 1982    MR# 1671164
       New York, NY  10037       | Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                 | Att Phys: Lescouflair,Elisabeth, MD
                                 | Service: Psychiatry
```

## Orders

### Laboratory

Hemoglobin A1C, Blood
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Perez,Nelsa L, RN
    Order Date/Time:      16 Sep 14   1829
Specimen              : Blood - EDTA HgB A1C
Relevant Diagnosis    : Unspecified psychosis
Referring/Provider    : Erin Samuels, MD
Research?             : no
CMV                   :

Lipid Panel (BHC)
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Perez,Nelsa L, RN
    Order Date/Time:      16 Sep 14   1829
When                  : Tuesday, 16 September 2014   1832   STAT
Specimen              : Blood - Serum SST
Relevant Diagnosis    : Unspecified psychosis
Referring/Provider    : Erin Samuels, MD
Research?             : no
CMV                   :

Hepatitis B Surface Ag w/Neutralization Conf (BHC)
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Perez,Nelsa L, RN
    Order Date/Time:      16 Sep 14   1832
When                  : Tuesday, 16 September 2014   1833   STAT
Specimen              : Blood - Serum SST
Relevant Diagnosis    : Unspecified psychosis
Referring/Provider    : Erin Samuels, MD
Ordering Provider     : Samuels,Erin
CMV                   :

Thyroid Stimulating Hormone w/rflx to fT4 & fT3 (BHC)
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Perez,Nelsa L, RN
    Order Date/Time:      16 Sep 14   1832
When                  : Tuesday, 16 September 2014   1833   STAT
Specimen              : Blood - Serum SST

Brock,Kamilah                     167116        **Plaintiff's Production Number 62**

Print: Thu, 12 Feb 15   1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY  10037

```
Brock,Kamilah                    1671164-1        IP
DIS-10115B                 Age: 32Y   Sex: F
DOB: 17 Aug 1982           MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14   1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### Laboratory

Thyroid Stimulating Hormone w/rflx to fT4 & fT3  (BHC)
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:   Perez,Nelsa L, RN
Order Date/Time:     16 Sep 14   1832
Relevant Diagnosis   : Unspecified psychosis
Referring/Provider   : Erin Samuels, MD
Research?            : no
CMV                 :

Hepatitis B Core Ab Total (BHC)
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:   Perez,Nelsa L, RN
Order Date/Time:     16 Sep 14   1833
When                : Tuesday, 16 September 2014   1834   STAT
Specimen            : Blood - Serum SST
Relevant Diagnosis   : Bipolar I disorder, most recent episode (or current)
                      manic, severe, specified as with psychotic behavior
Referring/Provider   : Erin Samuels, MD
Ordering Provider    : Samuels,Erin
CMV                 :

Hepatitis C Ab (BHC)
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:   Perez,Nelsa L, RN
Order Date/Time:     16 Sep 14   1834
When                : Tuesday, 16 September 2014   1834   STAT
Specimen            : Blood - Serum SST
Relevant Diagnosis   : Bipolar I disorder, most recent episode (or current)
                      manic, severe, specified as with psychotic behavior
Referring/Provider   : Erin Samuels, MD
Ordering Provider    : Samuels,Erin
CMV                 :

Lithium Level
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:   Limpraphanonta,Pairploy, RN
Order Date/Time:     17 Sep 14  0800
When                : Wednesday, 17 September 2014   0800   STAT

Brock,Kamilah              1671164-1        DIS-101   MR# 1671164

Plaintiff's Production Number 63

```
Print: Thu, 12 Feb 15  1331          Brock,Kamilah          1671164-1    IP
      Harlem Hospital Center Sex: F  DIS 10115B      Age: 32Y   Sex: F
           506 Lenox Avenue           DOB: 17 Aug 1982    MR# 1671164
        New York, NY  10037           Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                      Att Phys: Lescouflair,Elisabeth, MD
                                      Service: Psychiatry
```

## Orders

### Laboratory

Lithium Level
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Limpraphanonta,Pairploy, RN
    Order Date/Time:      17 Sep 14  0800
Specimen                : Blood - Serum SST
Relevant Diagnosis      : Unspecified psychosis
Fasting?                : no
Referring/Provider      : Erin Samuels, MD
Research?               : no
Contact #               : 3345
CMV                     :

Urinalysis Auto w/rflx to Micro
    Order Generator:      Pathak,Meenal, MD
    Order Reviewed by:    Ofosu-Yeboah,Samuel, RN
    Order Date/Time:      19 Sep 14  1122
When                    : Friday, 19 September 2014  1122   STAT
Specimen                : Urine - Random
Relevant Diagnosis      : Unspecified psychosis
Referring/Provider      : Elisabeth Lescouflair, MD
Research?               : no
CMV                     :

Lithium Level
    Order Generator:      Atumonyogo,Obiamaka, MD
    Order Reviewed by:    Limpraphanonta,Pairploy, RN
    Order Date/Time:      20 Sep 14  1405
When                    : Sunday, 21 September 2014  0500   STAT
Specimen                : Blood - Serum SST
Relevant Diagnosis      : Bipolar I disorder, most recent episode (or current)
                          manic, severe, specified as with psychotic behavior
Fasting?                : no
Referring/Provider      : Elisabeth Lescouflair, MD
Research?               : no
Contact #               : 8268
CMV                     :

---

Brock,Kamilah              1671164-1          DIS-101    MR# 1671164

Plaintiff's Production Number 64

```
Print: Thu, 12 Feb 15  1331
    Harlem Hospital Center
       506 Lenox Avenue
     New York, NY  10037
```

```
Brock,Kamilah               1671164-1        IP
DIS-10115B          Age: 32Y    Sex: F
DOB: 17 Aug 1982    MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### Medications

```
Lorazepam (CIV)
Order Generator:    Anderson,Herman L, MD
Order Reviewed by:  Gertz,Leslie, RN
Order Date/Time:    13 Sep 14  2112
Process Type       : order
Dose/Route         : 2 mg IVP
When               : Saturday, 13 September 2014  2113
Diagnosis          : Undersocialized conduct disorder, aggressive type,
                     moderate degree
Research?          : no
MD Pager/Phone#    : 3112
```

```
Haloperidol
Order Generator:    Anderson,Herman L, MD
Order Reviewed by:  Gertz,Leslie, RN
Order Date/Time:    13 Sep 14  2112
Process Type       : order
Dose/Route         : 5 mg IM
When               : Saturday, 13 September 2014  2112   STAT
Diagnosis          : Undersocialized conduct disorder, aggressive type,
                     moderate degree
Research?          : no
MD Pager/Phone#    : 3112
```

```
Haloperidol
Order Generator:    Dobroshi,Zana, MD
Order Reviewed by:  Ang,Kim Piao, RN
Order Date/Time:    14 Sep 14  1202
Process Type       : order
Dose/Route         : 5 mg IM
When               : Sunday, 14 September 2014  1203   STAT
Diagnosis          : Unspecified psychosis
Research?          : no
```

---

Brock,Kamilah              1671164-1          DIS-101    MR# 1671164

Plaintiff's Production Number 65

```
Print: Thu, 12 Feb 15  1331        Brock,Kamilah          1671164-1      IP
    Harlem Hospital Center          DIS-10115B      Age: 32Y   Sex: F
       506 Lenox Avenue             DOB: 17 Aug 1982     MR# 1671164
     New York, NY  10037            Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                    Att Phys: Lescouflair,Elisabeth, MD
                                    Service: Psychiatry
```

<u>Orders</u>

Medications

```
     Lorazepam (CIV)
        Order Generator:      Dobroshi,Zana, MD
        Order Reviewed by:    Ang,Kim Piao, RN
        Order Date/Time:      14 Sep 14  1202
Process Type        : order
Dose/Route          : 2 mg IM
When                : Sunday, 14 September 2014  1202  STAT
Diagnosis           : Unspecified psychosis
Research?           : no

     Haloperidol
        Order Generator:      Labor,Alan Dudley, MD
        Order Reviewed by:    ,
        Order Date/Time:      15 Sep 14  1427
Process Type        : order
Dose/Route          : 5 mg tab oral
When                : Monday, 15 September 2014  1427  STAT
DC Time             : Mon, 15Sep14 1428
Diagnosis           : Unspecified psychosis
Research?           : no

     Lorazepam (CIV)
        Order Generator:      Labor,Alan Dudley, MD
        Order Reviewed by:    ,
        Order Date/Time:      15 Sep 14  1427
Process Type        : order
Dose/Route          : 2 mg oral
When                : Monday, 15 September 2014  1427  STAT
DC Time             : Mon, 15Sep14 1428
Diagnosis           : Unspecified psychosis
Research?           : no

     Haloperidol
        Order Generator:      Labor,Alan Dudley, MD
        Order Reviewed by:    Okoroma,Emilia, RN
        Order Date/Time:      15 Sep 14  1428
Process Type        : order
Dose/Route          : 5 mg IM
```

```
Print: Thu, 12 Feb 15  1331        | Brock,Kamilah           1671164-1      IP
     Harlem Hospital Center        | DIS-10115B      Age: 32Y   Sex: F
        506 Lenox Avenue           | DOB: 17 Aug 1982    MR# 1671164
      New York, NY  10037          | Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                   | Att Phys: Lescouflair,Elisabeth, MD
                                   | Service: Psychiatry
```

### Orders

#### Medications


Haloperidol
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Okoroma,Emilia, RN
    Order Date/Time:      15 Sep 14  1428
When             : Monday, 15 September 2014  1429  STAT
Diagnosis        : Bipolar I disorder, most recent episode (or current)
                   manic, severe, specified as with psychotic behavior
Research?        : no

Lorazepam (CIV)
    Order Generator:      Labor,Alan Dudley, MD
    Order Reviewed by:    Okoroma,Emilia, RN
    Order Date/Time:      15 Sep 14  1428
Process Type     : order
Dose/Route       : 2 mg IM
When             : Monday, 15 September 2014  1428  STAT
Diagnosis        : Bipolar I disorder, most recent episode (or current)
                   manic, severe, specified as with psychotic behavior
Research?        : no

Aripiprazole
    Order Generator:      Samuels,Erin, MD
    Order Reviewed by:    Jegede,Bosede, RN
    Order Date/Time:      15 Sep 14  1606
Process Type     : order
Dose/Route       : 10 mg tab oral
When             : daily scheduled at default 0900
DC Time          : Tue, 23Sep14 2359 ASO
Diagnosis        : Unspecified psychosis
Research?        : no

Lithium Carbonate
    Order Generator:      Samuels,Erin, MD
    Order Reviewed by:    Jegede,Bosede, RN
    Order Date/Time:      15 Sep 14  1606
Process Type     : order
Dose/Route       : 300 mg tab oral
When             : two (2) times per day scheduled at default 0900/1800

```
Print: Thu, 12 Feb 15  1331      | Brock,Kamilah        1671164-1      IP
    Harlem Hospital Center       | DIS-10115B      Age: 32Y   Sex: F
        506 Lenox Avenue         | DOB: 17 Aug 1982    MR# 1671164
      New York, NY  10037        | Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                 | Att Phys: Lescouflair,Elisabeth, MD
                                 | Service: Psychiatry
```

<u>Orders</u>

Medications

    Lithium Carbonate
        Order Generator:     Samuels,Erin, MD
        Order Reviewed by:   Jegede,Bosede, RN
        Order Date/Time:     15 Sep 14  1606
DC Time            : Mon, 22Sep14 2359 ASO
Diagnosis          : Unspecified psychosis
Research?          : no

    Lithium Carbonate
        Order Generator:     Labor,Alan Dudley, MD
        Order Reviewed by:   Costigan,John, RN
        Order Date/Time:     17 Sep 14  1909
Process Type       : <u>order</u>
Dose/Route         : 300 mg tab oral
When               : two (2) times per day scheduled at default 0900/1800
DC Time            : Thu, 18Sep14 1313
Diagnosis          : Unspecified psychosis
Research?          : no

    Aripiprazole
        Order Generator:     Labor,Alan Dudley, MD
        Order Reviewed by:   Costigan,John, RN
        Order Date/Time:     17 Sep 14  1909
Process Type       : <u>order</u>
Dose/Route         : 10 mg tab oral
When               : daily scheduled at default 0900
DC Time            : Thu, 18Sep14 1313
Diagnosis          : Unspecified psychosis
Research?          : no

    Aripiprazole
        Order Generator:     Lescouflair,Elisabeth, MD
        Order Reviewed by:   Hayden,Rodneisha, LPN
        Order Date/Time:     18 Sep 14  1313
Process Type       : <u>order</u>
Dose/Route         : 15 mg (1 mg/mL) oral
When               : daily scheduled at default 0900
DC Time            : Fri, 26Sep14 2359 ASO
```

Brock,Kamilah            1671164-1        DIS-101   MR# 1671164

Plaintiff's Production Number 68

```
Print: Thu, 12 Feb 15  1331        Brock,Kamilah           1671164-1      IP
      Harlem Hospital Center        DIS-10115B        Age: 32Y    Sex: F
         506 Lenox Avenue           DOB: 17 Aug 1982      MR# 1671164
        New York, NY  10037         Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                    Att Phys: Lescouflair,Elisabeth, MD
                                    Service: Psychiatry
```

<u>Orders</u>

Medications

      Aripiprazole
         Order Generator:       Lescouflair,Elisabeth, MD
         Order Reviewed by:     Hayden,Rodneisha, LPN
         Order Date/Time:       18 Sep 14  1313
Diagnosis                 : Bipolar I disorder, most recent episode (or current)
                            manic, severe, specified as with psychotic behavior

Research?                 : no

      Lithium Citrate
         Order Generator:       Lescouflair,Elisabeth, MD
         Order Reviewed by:     Hayden,Rodneisha, LPN
         Order Date/Time:       18 Sep 14  1313
Process Type              : <u>order</u>
Dose/Route                : 5 mL (60 mg/mL) soln oral
When                      : two (2) times per day scheduled at default 0900/1800
DC Time                   : Thu, 25Sep14 2359 ASO
Diagnosis                 : Bipolar I disorder, most recent episode (or current)
                            manic, severe, specified as with psychotic behavior
Research?                 : no

                         Miscellaneous

      Physician Notification
         Order Generator:            ,
         Order Reviewed by:          ,
         Order Date/Time:       14 Sep 14  1916
Instructions              : Patient refused/unable to verbally consent; influenza vaccine
                            not given.
When                      : Sunday, 14 September 2014  1916

                            Nutrition

      Regular  1200 ml fluids with snacks (10am/2pm/8pm) Diet
         Order Generator:       Labor,Alan Dudley, MD
         Order Reviewed by:     Costigan,John, RN
         Order Date/Time:       17 Sep 14  1932
When                      : with each meal
Diet Type                 : Regular
```

Plaintiff's Production Number 69

```
Print: Thu, 12 Feb 15  1331        Brock,Kamilah           1671164-1      IP
    Harlem Hospital Center         DIS-10115B      Age: 32Y  Sex: F
       506 Lenox Avenue            DOB: 17 Aug 1982    MR# 1671164
     New York, NY  10037           Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                   Att Phys: Lescouflair,Elisabeth, MD
                                   Service: Psychiatry
```

<u>Orders</u>

Nutrition

```
   Regular  1200 ml fluids with snacks (10am/2pm/8pm) Diet
   Order Generator:    Labor,Alan Dudley, MD
   Order Reviewed by:  Costigan,John, RN
   Order Date/Time:    17 Sep 14  1932
Diet Modification: 1200 ml fluids
Instruction      : with snacks (10am/2pm/8pm)
```

Patient Administration

```
   Adult ED Visit Reminder
   Order Generator:        ,
   Order Reviewed by:  Gertz,Leslie, RN
   Order Date/Time:    13 Sep 14  2037
When        : Saturday, 13 September 2014  2037
Comment     : Adult
Triaged To  : Medical ED

   Adult ED Visit Reminder
   Order Generator:        ,
   Order Reviewed by:  Gertz,Leslie, RN
   Order Date/Time:    14 Sep 14  0735
When        : Sunday, 14 September 2014  0735
Comment     : Adult
Triaged To  : CPEP

   Admit To EOB
   Order Generator:    Dobroshi,Zana, MD
   Order Reviewed by:      ,
   Order Date/Time:    14 Sep 14  1835
When      : Sunday, 14 September 2014
Admit To  : EOB
Problem List: Bipolar I disorder, most recent episode (or current) manic,
              severe, specified as with psychotic behavior
```

---

```
Brock,Kamilah                    1671164-1        DIS-101    MR# 1671164
```

Plaintiff's Production Number 70

Print: Thu, 12 Feb 15   1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY   10037

```
Brock,Kamilah              1671164-1          IP
DIS-10115B              Age: 32Y    Sex: F
DOB: 17 Aug 1982       MR# 1671164
Adm: 13 Sep 14  2014   Dis: 22 Sep 14  1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### Patient Administration

Admit To InPt 10th floor
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:    ,
Order Date/Time:      16 Sep 14   1440
When        : Tuesday, 16 September 2014
Admit To    : InPt 10th floor
Problem List: Unspecified psychosis

Admit To 10th floor Inpt unit
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:    ,
Order Date/Time:      17 Sep 14   1007
When        : Wednesday, 17 September 2014
Admit To    : 10th floor Inpt unit
Problem List: Unspecified psychosis

Admit To InPT unit 10th floor
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:    ,
Order Date/Time:      17 Sep 14   1008
When        : Wednesday, 17 September 2014
Admit To    : InPT unit 10th floor
Problem List: Bipolar I disorder, most recent episode (or current) manic,
              severe, specified as with psychotic behavior

routine Discharge Patient
Order Generator:      Pathak,Meenal, MD
Order Reviewed by:    Limpraphanonta,Pairploy, RN
Order Date/Time:      22 Sep 14   1135
When           : Monday, 22 September 2014   afternoon
Discharge Type : routine
Discharge Type : routine

```
Print: Thu, 12 Feb 15  1331
   Harlem Hospital Center
      506 Lenox Avenue
    New York, NY  10037
```

```
Brock,Kamilah                1671164-1        IP
DIS-10115B            Age: 32Y   Sex: F
DOB: 17 Aug 1982       MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14   1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry
```

## Orders

### Safety/Precautions

```
Close Observation
Order Generator:      Labor,Alan Dudley, MD
Order Reviewed by:    Costigan,John, RN
Order Date/Time:      17 Sep 14  2004
When                : every 8 hours scheduled at 0100/0900/1700 for 24 hours
Type                : close observation
Relevant Diagnosis  : Bipolar I disorder, most recent episode (or current)
                      manic, severe, specified as with psychotic behavior
Indication          : admission
Close Observation   : Patient who requires higher level of observation than
                      routine but a lower level than 1:1 or constant
                      observation.


Close Observation
Order Generator:      Lescouflair,Elisabeth, MD
Order Reviewed by:    Hayden,Rodneisha, LPN
Order Date/Time:      18 Sep 14  1315
When                : every 8 hours scheduled at 0100/0900/1700 for 24 hours
Type                : close observation
Relevant Diagnosis  : Bipolar I disorder, most recent episode (or current)
                      manic, severe, specified as with psychotic behavior
Indication          : impulsivity
Close Observation   : Patient who requires higher level of observation than
                      routine but a lower level than 1:1 or constant
                      observation.
Comment             : manic
```

### Surgical

```
Operative Report
Order Generator:
Order Reviewed by:   Jegede,Bosede, RN
Order Date/Time:     14 Sep 14  1916
When                : Sunday, 14 September 2014  1916
```

---

Brock,Kamilah                1671164-1        DIS-101    MR# 1671164

Plaintiff's Production Number 72

Print: Thu, 12 Feb 15  1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY  10037

Brock,Kamilah                        1671164-1        IP
DIS-10115B                  Age: 32Y    Sex: F
DOB: 17 Aug 1982          MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
Att Phys: Lescouflair,Elisabeth, MD
Service: Psychiatry

## Orders

### SW/Disch Planning

Social Work No-Risk Notification
Order Generator:          ,
Order Reviewed by:    Perez,Nelsa L, RN
Order Date/Time:      14 Sep 14  1931
When   : Sunday, 14 September 2014

Brock,Kamilah                 1671164-1          DIS-101   MR# 1671164

Plaintiff's Production Number 73

```
Print64Thu, 12 Feb|15  1331          Brock,Kamilah          1671164-1      IP
     Harlem Hospital Center          DIS-10115B       Age: 32Y    Sex: F
        506 Lenox Avenue             DOB: 17 Aug 1982    MR# 1671164
        New York, NY   10037         Adm: 13 Sep 14  2014  Dis: 22 Sep 14   1630
                                     Att Phys: Lescouflair,Elisabeth, MD
                                     Service: Psychiatry
```

Chart Update

Chart Group:   All Behavioral Health (UMBRELLA) -- continued

Sun, 14 Sep 14

Sun, 14Sep 1205 CPEP ProgNote
    Note Type                : CPEP
    Visit Provider           : Zana Dobroshi, MD
    Attending                : Zana Dobroshi, MD
    Diagnosis                : Unspecified psychosis
    Document Vital Signs      : Vital Signs Recently Documented and Reviewed
    Mental Status Exam        : D/T:Sun, 14 Sep 2014  1205
                               Appearance:Adequate grooming;
                               Behavior:Agitated; Speech:Loud; Rapid;
                               Mood:Irritable; Affect:Increased intensity;
                               Thought Process:Illogical; Thought
                               Content:Grandiose delusions; Suicidal
                               Ideation:Unable to assess Broset
                               Confirmation:Broset score reviewed;
                               Aggressive and Homicidal Ideation:Contingent
                               violent ideation; Perceptual
                               Disorders:Responding to internal stimuli;
                               Cognitive Function:Alert; Impulse
                               Control:Poor Insight:Poor Judgement:Poor
    Risks/Alerts             : None
    Risk/Alert Details       : impulssive, propensity for violence
    Barriers to Disposition  : Bed Availability Internal: Inpatient; Bed
                               Availability Internal: Waiting for EOB;
    Risk Reduction Strategy   : Relocated for better observation; Assessed
                               for need of medication;
    Assessment/Note          : Ms. Brock is 32 year old female with history
                               of Bipolar Disorder and Cannabis Dependence,
                               noncompliant with the medication, seen by Dr.
                               Nnadi this morning, requested to be seen
                               again and insisted to be discharged home. Her
                               understanding is that she came to get
                               prescription for medical marijuana. She
                               became loud and threatening, going to
                               patients rooms and not being redirected
                               verbally.
                               She refused po medication and we had to give
```

---

```
Brock,Kamilah            1671164-1        DIS-101   MR# 1671164
```

Plaintiff's Production Number 105

```
Print: Thu, 12 Feb 15  1331        Brock,Kamilah              1671164-1        IP
     Harlem Hospital Center        DIS-10115B          Age: 32Y   Sex: F
        506 Lenox Avenue           DOB: 17 Aug 1982    MR# 1671164
      New York, NY  10037          Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                   Att Phys: Lescouflair,Elisabeth, MD
                                   Service: Psychiatry
```

Chart Update

---

Chart Group:    All Behavioral Health (UMBRELLA)    -- continued

Sun, 14 Sep 14

Sun, 14Sep 1205 CPEP ProgNote -- cont'd
                                her IM Haldol 5 mg. and Ativan 2 mg. for her
                                manic and psychotic behavior.
        Attending Note          : See my note
                                      Zana Dobroshi, MD   (14 Sep 14  1215)

Sun, 14Sep 1223 CPEP RN Progress Note
        Risks/Alerts            : None
        Risk/Alert Details      : impulssive, propensity for violence
        Note                    :    Patient is acting erratic, agitated when
                                seen by Dry Dobroshi. Haldol 5mg IM and
                                Lorazepam 2 mg IM administered to left
                                deltoid as stat. Will continue to monitor
                                patient for safety. Stretcher given for
                                safety.
                                      Kim Piao Ang, RN   (14 Sep 14  1226)

Sun, 14Sep 1324 CPEP RN Progress Note
        Risks/Alerts            : None
        Risk/Alert Details      : impulssive, propensity for violence
        Note                    :    Patient is currently resting right now
                                in the hallway EOB side on stretcher,
                                breathing spontaneously, did not verbalized
                                any s/h ideation, with no intent and plan, no
                                signs of perceptual disturbances. Was alert
                                and oriented x3, in no distress, she just had
                                a family visitors and was receptive to them.
                                Therapeutic environment to continue, will
                                monitor patient for safety.
                                      Kim Piao Ang, RN   (14 Sep 14  1327)
```

---

Brock,Kamilah                    1671          Plaintiff's Production Number 106

Print: Thu, 12 Feb 15  1331
Harlem Hospital Center
506 Lenox Avenue
New York, NY  10037

```
Brock, Kamilah                 1671164-1        IP
DIS-10115B              Age: 32Y   Sex: F
DOB: 17 Aug 1982        MR# 1671164
Adm: 13 Sep 14  2014  Dis: 22 Sep 14   1630
Att Phys: Lescouflair, Elisabeth, MD
Service: Psychiatry
```

Chart Update

---

Chart Group:   Assessments/Progress Notes/BH  -- continued

---

Sun, 14 Sep 14

Sun, 14Sep 0727 ED Psychiatry RN Initial Note -- cont'd

| | |
|---|---|
| Speech Impaired? | : no |
| Hearing Impaired? | : no |
| Visual Impaired? | : no |
| Learning Preferences | : Verbal |
| Suicide Assessment | : Wish to be Dead: No, not in past month Active Suicidal Thoughts: No, not in past month Suicidal Behavior: Yes, Over 1 yr ago |
| Self Harm | : No self harm indications. |
| Elopement Risk | : Patient is fearful and demonstrating paranoia related to hospital environment. |
| Domestic Violence | : no history of domestic violence |
| Suspected Abuse? | : no |
| Visible Signs of Injury | : No visible signs of injury. |
| Last Tetanus Shot | : not applicable |
| Immunization Status | : Unknown |
| Body Search Findings | : no contraband found |
| PSYCKES | : PSYCKES consent signed today. |
| Adv Directive? | : no advance directive |
| Dependants at Home | : No, Patient does not have dependants (children, elders, pets, etc) at home. |
| Risks/Alerts | : None |
| Risk Reduction Strategies: | Assessed for need of medication; Reassessment of clothing / placed in hospital attire; Reassessment of environment; Relocated for better observation. |
| Assessment/Plan Options | : awake, alert, and oriented x3 moves all extremities no apparent distress no respiratory distress normal gait |
| Note | : Patient is an African-American female BIB EMS as and EDP with urine tox positive for marijuana. Upon arrival to the CPEP area she is observed to be irritable, paranoid, hostile and very uncooperative with assessment. She is very uncooperative with |

---

Brock, Kamilah                    1671164-1      DIS-101   MR# 1671164

Plaintiff's Production Number 243

```
Print: Thu, 12 Feb 15  1331        Brock,Kamilah            1671164-1      IP
    Harlem Hospital Center         DIS-10115B        Age: 32Y   Sex: F
       506 Lenox Avenue            DOB: 17 Aug 1982    MR# 1671164
     New York, NY  10037           Adm: 13 Sep 14  2014  Dis: 22 Sep 14  1630
                                   Att Phys: Lescouflair,Elisabeth, MD
                                   Service: Psychiatry
```

Chart Update

Chart Group:   Assessments/Progress Notes/BH  -- continued

Sun, 14 Sep 14

Sun, 14Sep 0727 ED Psychiatry RN Initial Note -- cont'd

police search and is refusing to give up her
jewelry(rings). As per hospital
police(officer Reddick) patient can keep her
jewelry but she would be responsible for it.
Patient denies any type of hallucinating or
thoughts of suicide. She was encouraged to
participate in her plan of care and patient
is currently being assessed by Dr.Nnadi. will
continue to monitor closely. Safety
maintained.

Smoking Status*          : unknown if ever smoked
Tobacco Use Status       : smoker, current status unknown: would apply
                           to individuals who were known to have smoked
                           at least 100 cigarettes in the past, but
                           whether they currently still smoke is unknown
                                    Shawn Marbury, RN   (14 Sep 14  0735)

Brock,Kamilah              1671164-1        DIS-101   MR# 1671164
```

Plaintiff's Production Number 244