# EXHIBIT C

# DEFENDANT

# OFFICER DIAZ

# DEPOSITION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------
KAMILAH BROCK,

                        Plaintiff,

                    Index No: 15-CV-01832
                                   (VSB)
        -against-

THE CITY OF NEW YORK, ET AL.,

                        Defendant.
------------------------------------------

                    32 Old Slip
                    New York, New York

                    February 26, 2016
                    10:25  A.M.

        EXAMINATION BEFORE TRIAL of SALVADOR

DIAZ, on behalf of the Defendant herein in the

above-captioned action, pursuant to Notice,

held at the above-noted time and place before

Gabrina Annunziata, a Notary Public of the

State of New York.

```
1

2                    A P P E A R A N C E S

3

     LAW OFFICES OF MICHAEL S. LAMONSOFF, ESQS.
4             Attorney for Plaintiff
     32 Old Slip, 8th Floor
5    New York, New York  10005

6    BY:  RYAN J. LAWLOR  ESQ.

7

8    ZACHARY W. CARTER, ESQS.
              Attorney for Defendant
9    100 Church Street
     New York, New York  10007

10

     BY:  JOSHUA LAX, ESQ.

11

12

13

14   ALSO PRESENT:

15   JESSICA MASSIMI

16

17

18

19

20

21

22

23

24

25
```

1                          S. DIAZ

2    trained under the mental health law for school

3    safety?

4         A         I believe I said that I didn't

5    remember.

6         Q         And what about with NYPD?

7         A         I mean, I remember we spoke

8    about it during the training, but I don't

9    quite remember all the details.

10        Q         So if I asked you do you know

11   what section 9.41 of the mental health law is

12   would you know what that is?

13        A         Not out of my head right now,

14   no.

15        Q         Are you given a copy of the

16   mental health law at the NYPD academy?

17        A         I don't recall.

18        Q         Are you given a copy of the

19   constitution?

20        A         No.

21        Q         Did a time come when you

22   started working at PSA 6?

23        A         Say that again.

24        Q         Did a time come when you

25   started working at PSA 6?

1                    S. DIAZ

2          A        What do you mean?

3          Q        Interaction with an EDP.

4          A        Have I had an interaction with

5   an EDP before?

6          Q        Before September 13th while you

7   were at PSA 6 which I think you said you got

8   to it about February 14th?

9          A        Yes.

10         Q        Do you remember the nature of

11  that last interaction, what had happened, who

12  you were dealing with?  Not the person's name,

13  but just what occurred.

14         A        There is so many that I don't

15  want to get confused.

16         Q        Just the best that you can

17  remember.

18         A        If I'm not mistaken I think it

19  was a girl that the mother called that they

20  assumed the daughter got provided with some

21  drugs and she was seeing things and speaking

22  to herself and said that she wanted to jump

23  off the roof so we went and rendered the aid

24  and took her to the hospital.

25         Q        So she had expressed suicidal

                          S. DIAZ
2    thoughts?

3         A       Yes.

4         Q       To the best of your memory that

5    was the last interaction with an EDP prior to

6    September 13th, 2014?

7         A       Yes.

8         Q       So you got back to PSA 6 and

9    you were on I believe it's called 62

10   administrative.  Did a time come that you

11   began to interact with a person known as

12   Kamilah Brock?

13        A       Yes.

14               MR. LAX:  I need to use the

15        men's room.

16               (Whereupon, a discussion was

17        held off the record.)

18        Q       I think I had turned your

19   attention to your interaction with Ms. Brock,

20   but before we get there there is just some

21   housekeeping to follow-up on.  During the

22   course of your tours is there a particular

23   place where you document what occurs on your

24   tour?

25        A       What do you mean by a place?

1                         S. DIAZ

2          Q          Not on you. But do you have it

3    right now by chance?

4          A          No.

5          Q          Do you have it at all?

6          A          Yes.

7                     MR. LAWLOR:  We'll follow-up in

8                     writing.  I don't think we were ever

9                     served with any memo book pages from

10                    him.

11                    MR. LAX:  We did produce it.

12                    It's bates stamp number three

13                    something.  It's not in the initial

14                    disclosures.  It was the next

15                    production.

16                         (Whereupon, a discussion was

17                    held off the record.)

18         Q          When interacting with an EDP is

19   there any other forms that need to be filled

20   out other than your memo book?  Is there a

21   particular document that hey, when it's an EDP

22   it has to be this as opposed to the memo book?

23         A          For EDP's you do an aided card.

24         Q          And what is that?

25         A          An aided card is when you

                          S. DIAZ

1                    S. DIAZ
2    document aided cases.
3          Q        What are aided cases?
4          A        Aided cases could be anything
5    from a person deceased, injured person, sick,
6    mental person which is classified as an EDP.
7          Q        So it would be something that
8    you would fill out in a non-arrest situation?
9          A        Yes.  Even if there is an
10   arrest, I'm sorry.  If you're a victim of an
11   assault.  Yeah, non-arrest situation, I'm
12   sorry.
13         Q        Now, do you fill that out after
14   the fact at the precinct or while you're in
15   the middle of it, something else?
16         A        After the fact when you have
17   time.
18         Q        Who does that get turned into?
19         A        To the desk officer.
20         Q        Does it have to be completed by
21   the end of your tour?
22         A        Yes.
23         Q        I just want to jump back to the
24   last EDP that you had dealt with while at PSA
25   6 prior to September 13th of 2014 and I'm

1                        S. DIAZ

2    referring to the girl that you helped.   I

3    believe you said the mother called in and then

4    you went to the location?

5            A        Yes.

6            Q        When you arrived at the

7    location did you interact with this person

8    that was allegedly having an issue?

9            A        Yes, I did.

10           Q        What did you observe at that

11   time?

12           A        From what I remember?

13           Q        Everything that you can

14   remember.

15           A        I believe she was incoherent

16   when she was talking, she mentioned something

17   that God told her to do.  But before that I

18   spoke to the mother and she told me the

19   situation and that she wanted to take her

20   daughter to the hospital.

21           Q        Did the mother at that time

22   reiterate that she had said she wanted to jump

23   off the bridge?

24           A        I did not say the bridge.

25           Q        Tall building or the roof?

1                       S. DIAZ

2          A         I said roof, yes.

3          Q         That was part of initial call

4    that you received, right?

5          A         No.  When you get the call it's

6    usually they tell you it's an EDP either

7    violent or non-violent.  They don't really

8    give you all the details unless the person who

9    calls gives the details on what the person is

10   doing.  For example, if you call and you say

11   I'm calling for my mother, she's hearing

12   voices, stuff like that that's what we get.

13   Sometimes when you get to the scene there is a

14   little more to the story.

15         Q         When you said that sometimes in

16   the call they'll tell them if they're violent

17   or non-violent does that change your approach

18   to the situation?

19         A         In what sense?

20         Q         Do you approach an EDP a

21   certain way if you know in advance if they're

22   violent as opposed to if they're non-violent?

23         A         You are more cautious.

24         Q         And I believe you said when you

25   approached this woman she was incoherent and

1              S. DIAZ

2    that she was saying that God had told her to

3    do something?

4         A       Yes.

5         Q       And this was in her home or her

6    mother's home or if it's the same thing?

7         A       Same place.

8         Q       Do you remember how old she was

9    general age?

10        A       I know she was in high school.

11   She was either 17, 16, 18.

12        Q       When you got there you had

13   called an ambulance?

14        A       When you get the call an

15   ambulance is dispatched automatically.

16        Q       When you get the call you mean

17   regarding an EDP?

18        A       Yes.

19        Q       So an ambulance is

20   automatically dispatched?

21        A       Yes.

22        Q       I'm going to now go back to

23   September 13th.  Actually, one more thing.

24   Other than basic CPR do you have any medical

25   training in your history?

1               S. DIAZ

2               MR. LAX:  Objection.

3               MR. LAWLOR:  Withdrawn.

4        Q       Do you have any medical

5   training in your history?

6        A       Training in what sense?

7        Q       In the academy do you learn

8   basic life saving techniques?

9        A       Basics like CPR?

10       Q       Yes.

11       A       Yes.

12       Q       Do you have any medical

13  training beyond that?

14              MR. LAX:  Objection.

15       A       You have to be more specific.

16       Q       What medical training did you

17  receive in the academy?

18       A       The academy is not a medical

19  school so I need you to be more specific.

20       Q       What did you learn medical wise

21  in the academy?

22              MR. LAX:  Objection.

23       A       I still don't understand the

24  question because it's not --

25       Q       Do they teach you how to do CPR

1                      S. DIAZ

2    in the academy?

3         A      Yes.

4         Q      Were you ever an EMT or a

5    paramedic before you became an NYPD officer?

6         A      No.

7         Q      In your experience dealing with

8    EDP's and the ambulance and coming to the

9    scene do the EMT's or the paramedics ask the

10   EDP any specific questions that you can recall

11   that you usually see asked when you've

12   encountered this?

13        A      They usually speak to them by

14   themselves.  We don't get involved in their

15   conversation.

16        Q      So now I'm going to go back to

17   September 13th of 2014.  I had asked you

18   earlier I believe did you have an interaction

19   with Ms. Brock.  Is that accurate?

20        A      Yes.

21        Q      How did you first come to

22   interaction with Ms. Brock?

23        A      Someone told me to go speak to

24   her.

25        Q      Who was that?

1                           S. DIAZ

2    front desk?

3           A        Yes.

4           Q        Do you know what portions of

5    the exterior it captures; the front where the

6    cars are, something else?

7           A        No, I have no idea.

8           Q        Do you know if it's just a live

9    feed or does it record?

10          A        I can't tell you because I

11   don't deal with the cameras.

12          Q        I know.  But I'm just wondering

13   in your experience have they ever had to use

14   footage from the precinct for another purpose

15   that would let you know yes, it is recorded?

16          A        Not that I recall.  Not that

17   I'm aware of.

18          Q        So I believe you said where

19   were you when you received the news to go

20   speak to Ms. Brock?

21          A        I was inside the precinct, but

22   I'm not a hundred percent sure if I was behind

23   the desk or near the desk.

24          Q        Do you remember where you were

25   told to meet her?

1                      S. DIAZ
2         A          She was by the gate.
3         Q          Is the gate something that's
4    inside the precinct or somewhere else?
5         A          Inside.
6         Q          Why is it called the gate?
7         A          Because there is a gate.
8         Q          Is it a little gate to prevent
9    people from walking back to where the officers
10   are?
11        A          Yes.
12        Q          Where is it in relation to the
13   desk?
14        A          This is the gate and the desk
15   is right there right where the plant is maybe
16   like four feet from the desk, five feet
17   (indicating).
18        Q          It's the same general area?
19        A          Yes.
20        Q          So the person at the desk could
21   observe this other person if they were near
22   the gate?
23        A          Yes.
24        Q          Do you remember for what
25   reason, if any, they wanted you to talk to

1                           S. DIAZ

2    this person?

3              A          Because I believe she was

4    requesting assistance for a car.

5              Q          Did you go speak to her?

6              A          Yes, I did.

7              Q          And when you approached her do

8    you recall what she was wearing?

9              A          No, I don't recall.

10             Q          Do you remember what she looks

11   like?

12             A          Yes.

13             Q          Can you describe her?

14             A          She is an African American

15   female, if I'm not mistaken she had dreadlocks

16   or braids.  I think she was about 5'3, 5'5,

17   approximately.

18             Q          Did she have anything with her

19   at the time; a bag, a purse or something like

20   that?

21             A          Not that I recall.  I don't

22   think so, no.

23             Q          When you approached her was

24   there anything in her hands?

25             A          Not that I remember, no.

```
 1                      S. DIAZ
 2        Q        When you approached her could
 3   you describe her demeanor?
 4        A        She was a little excited.
 5        Q        Who spoke first, her or you?
 6        A        I asked her what is it that you
 7   need, can I help you.
 8        Q        And what did she say?
 9        A        She started telling me a story.
10        Q        What's the story?
11        A        A story about that the cops
12   took her car.
13        Q        What, if anything, did you say
14   in response to the story?
15        A        I told her to explain to me
16   what do you mean by they took your car.
17        Q        And what did she say?
18        A        She said that she was driving
19   with her hands like this (indicating).
20        Q        Gesturing her hands are up in
21   the air?
22        A        And then down and then like
23   this (indicating).  She said the cops they
24   just came, stopped her and took her car.
25                 MR. LAWLOR:  So the witness by
```

S. DIAZ

1
2       counsel it looks like he put his hands
3       in the air and then down and moving
4       them back and forth.
5           Q       Could you characterize that as
6    maybe, like, dancing?
7           A       She didn't specifically say
8    dancing.
9           Q       How did you interpret those
10   hand motions, if at all?
11          A       I didn't interpret anything at
12   the time.
13          Q       When you say at the time
14   subsequently did you interpret those motions
15   in any different way?
16          A       No.
17          Q       Continuing what happened next?
18          A       I was trying to inquire more
19   about the story that she was saying.  She said
20   that they took her out of the car and put her
21   in a police car, drove her to a precinct,
22   dropped her off and they took her car.  And
23   then I was trying to figure out what happened
24   because it wasn't making sense what she was
25   saying because basically the cops are not just

S. DIAZ

1

2  going to take your car, put you in a car and

3  just drop you off and not either give you a

4  summons or arrest you or anything like that.

5       Q        Did she ever tell you she lost

6  a summons?

7       A        A summons?

8       Q        She lost the summons?

9       A        She never spoke to me about no

10  summons or arrest.  I told her that the cops

11  are just not going to stop you for no reason

12  and take your car and put you in a car and

13  drop you off in a location if you haven't been

14  either arrested or with the intention to

15  receive a summons or something like that.

16  Because I was trying to figure out the story

17  that she was telling me about that she was

18  driving with her hands like this and like that

19  and the cops just came and took her car.

20       Q        Did you ever subsequently find

21  out what happened to her car?

22       A        No.

23       Q        Were you ever told by anybody

24  what happened to her car?

25       A        No.

S. DIAZ

mean they have to be permanently all the time

there.  They can step out and use the bathroom

and come back and stuff like that.  But you

have to ask them what's the procedure.

Usually a supervisor who is in charge of the

desk.

          MR. LAWLOR:  To the extent not

      already provided we will call for the

      log that states who was at the desk for

      the period of time that this

      interaction took place.

          MR. LAX:  Follow-up in writing

      and we'll work it out.

      Q      Now, from the time that you

first interacted with Ms. Brock until then now

we're at the point when she is giving you

something, something, something as her date of

birth how long had that taken?

      A      That went back and forth for

more than twenty minutes, half an hour.  I

think other people spoke to her, but I don't

remember who did or not.

      Q      Were they other members of the

service?

1                    S. DIAZ

2      A       Yes, but I don't remember who.

3      Q       At any time during that 20 to

4 30 minutes --

5      A       That's approximately.

6      Q       Of course.  At any time in that

7 20 or 30 minutes did you leave and somebody

8 else interacted with her when you weren't

9 there?

10     A       Not that I remember.

11     Q       At any time in that 20 to 30

12 minutes did she utilize any weapons?

13     A       She would have been arrested if

14 she was utilizing weapons.

15     Q       I understand that.  I just need

16 you to answer my question.

17     A       No.

18     Q       In that 20 to 30 minutes did

19 she make any physical threats of violence

20 towards you or any of the officers there?

21     A       No, she didn't.

22     Q       In the 20 to 30 minutes that

23 this took place, and again that's your

24 approximation so I'm not holding you to it

25 exactly, did she threaten to kill herself or

1                       S. DIAZ

2   commit serious physical harm to herself?

3        A        No.

4        Q        Now, at the end of this 20 to

5   30 minute stretch what happened?  Did she

6   leave the precinct, did somebody else take

7   over for you, something else?

8        A        There was one point she was

9   there and then she started playing with a flag

10  hiding behind it like she was a four year old

11  girl.  I told her to stop, we told her that

12  she wasn't providing the information that we

13  needed to help her and that she needed to

14  leave the premises.  She left, came back and

15  she left again running to the street in the

16  middle of the street.

17       Q        Let's go back to the flag.

18  Where is the flag in relation to this zone

19  we're talking about now, the gate near the

20  desk?

21       A        It's behind the gate where she

22  was in the waiting area.  There's a little

23  waiting area there.

24       Q        What was she actually doing

25  with the flag that you recall?

1                       S. DIAZ

2        A          She was pulling the flag,

3  hiding behind it.

4        Q          Was this during a period of

5  time where she was not interacting with you?

6        A          I was standing there and I was

7  trying to get information and she actually did

8  walk away from me and went and played with the

9  flag because I was waiting for her to see if

10 she was going to give me the information, her

11 pedigree information to try to see if I can

12 call 311 and see if that vehicle was towed or

13 impounded or something like that.

14       Q          So you're interacting with her

15 asking her information and she on her own goes

16 to the flag and starts to hide behind it?

17       A          Yes.

18       Q          Did you say anything in

19 response to that?

20       A          I believe I told her to stop

21 what she was doing.

22       Q          Did she comply?

23       A          Not at the time until we told

24 her that she had to leave the premises.

25       Q          How long did that take from the

S. DIAZ

2  moment that you saw her go over to the flag

3  until you told her she had to leave the

4  premises?

5       A     Maybe four or five minutes.

6       Q     Is that during the period of

7  time of the twenty to thirty that you

8  approximated earlier or is that now after the

9  first twenty to thirty?

10       A     It's around the same time.

11       Q     Is the flag observable from the

12  desk?

13       A     Yes, it is.

14       Q     So she complied with your order

15  to leave and she left?

16       A     After multiple demands.  I

17  believe even the desk officer told her to stop

18  doing what she was doing.

19       Q     Okay, but I just need you to

20  answer my question.  At some point she did

21  leave in compliance with your order to leave?

22       A     Yes.

23       Q     Where did you go after she

24  left?

25       A     I believe I stayed behind the

1                          S. DIAZ

2    gate where I was in that area.

3          Q        Do you remember what time this

4    was, approximately?

5          A        7:00 P.M., 6:00, 7:00 P.M.

6          Q        And then I believe you said she

7    came back, right?

8          A        Yes.

9          Q        How long between the time that

10   she complied with your command to leave and

11   she returned if you can estimate?

12         A        Minutes.  I would say five or

13   ten minutes.

14         Q        And did you remain there during

15   that period of time kind of where the

16   interaction had initially been?

17         A        I was in the area.  When I saw

18   she was there again I went back and I told her

19   if she was ready to give me the information to

20   help her and she just --

21         Q        I'm sorry, you told her --

22         A        If she was ready to give me the

23   information from before because she wasn't

24   making sense.  Basically she was telling me

25   this is my last name and then I asked her to

1                           S. DIAZ

2         Q         On that night what would have

3    been the normal breaks you would have taken;

4    just the one hour meal?

5         A         Yes.

6         Q         When do you normally take that

7    in the course of your --

8         A         It varies.

9         Q         Had you taken your break before

10   this interaction with Ms. Brock started?

11        A         I don't recall.  I don't

12   remember if I did or not.  I would have to

13   refer to my memo book to see.

14                  MR. LAWLOR:  Let's mark the

15            memo book.

16                  (Whereupon, memo book,

17            consisting of five pages, was marked

18            Plaintiff's Exhibit No. 1 for

19            identification, as of this date.)

20        Q         After she left for the first

21   time before she came back did you make any

22   documentations in your memo book based on this

23   interaction?

24        A         Not at that point, no.

25        Q         Do you remember when you first

                        S. DIAZ

1
2   notated this interaction in your memo book?

3          A        That's when I believe the

4   sergeant told us that we needed to request EMS

5   for her.

6          Q        So when you requested EMS

7   that's when you wrote it up in your book?

8          A        We don't usually document

9   things right away.  We deal with the situation

10  and when it's feasible and we have the time it

11  could be right after the incident, an hour or

12  two hours after or before we end our tour of

13  work.

14         Q        For this incident and to the

15  best you can remember do you remember when you

16  wrote in your memo book about the interaction

17  for the first time?

18         A        I don't remember right now.

19         Q        So now Ms. Brock came back, you

20  asked her if she was ready to give you the

21  information that you needed to help her and

22  did she give you that information?

23         A        No.  Well, she would say the

24  same thing that she told me before.

25         Q        The something, something,

                        S. DIAZ

2  something?

3          A        Yes, just with the last name.

4          Q        Did she tell you her first name

5  without spelling it though?  Did she say I'm

6  Kam, Kamilah or something like that to the

7  best you remember?

8          A        Not that I remember.

9          Q        And she told you her last name?

10         A        Yes.

11         Q        Did you search by her last name

12  just trying to guess at the spelling?

13         A        What do you mean?

14         Q        I think the point that you

15  needed this information was to try to look up

16  what she was telling you had happened the day

17  before, right?

18         A        I needed the information to

19  call 311 and see if the vehicle was impounded.

20  They will ask you for the plate number of the

21  person.

22         Q        But you were asking her her

23  name though too?

24         A        Yeah.  That was to look into

25  the, we have a property system.

S. DIAZ

1
2   was screaming.  She said my car, my car, my

3   car is here and I said we don't have your car

4   I was trying to explain to her.  I said I need

5   your plate number for me to look it up.

6   Provide me your pedigree information, last

7   name, first name and she kept repeating the

8   same thing.  I told her that she had to leave

9   and she ran out into the street where the

10  traffic was.  At that point the sergeant said

11  we need to call an ambulance and have her

12  checked out.

13       Q       We'll get there.  The second

14  interaction from when she came back until she

15  went outside how long was that one?

16       A       Maybe like ten minutes I would

17  say.

18       Q       So now would it be fair to say

19  you had been dealing with Ms. Brock for,

20  approximately, forty-five minutes at this

21  point?

22       A       I would say forty-five minutes

23  to an hour.

24       Q       Is it further fair to say that

25  obviously you were getting a little frustrated

S. DIAZ

1
2    A        No, she just ran out of the

3    precinct because we told her that she needed

4    to leave the premises.  And we actually were

5    going to escort her out so I came out of the

6    precinct and actually saw her when she ran

7    out.

8    Q        So you had ordered her to leave

9    and she was compliant with that?

10              MR. LAX:  Objection.

11    A        At the beginning she didn't

12    want to leave, but then once we told her we

13    want to arrest her that's when she ran out of

14    the building.

15    Q        What was your basis for

16    arresting her at that point?

17    A        Trespass.

18    Q        For trespass at the precinct

19    trying to get her car back?

20    A        Not for that because it would

21    be for trespass because if you go to a

22    precinct for business basically we're trying

23    to help you.  If at one point it's established

24    that you don't have no business in the

25    premises and you become destructive meaning

1                      S. DIAZ

2    unique questions, but I have to ask them.

3    Have you ever had your own personal vehicle

4    stolen?

5          A       Yes.

6          Q       Do you remember when that was?

7          A       No, it was sometime ago.

8          Q       Now, after she had left the

9    precinct and she was in the street this is

10   Eighth Avenue?

11         A       Yes.

12         Q       She did not tell you where she

13   was going right when she left?

14         A       No, she didn't.

15         Q       What was she doing in the

16   street at that point?

17         A       She was standing there in the

18   street and there was traffic coming so I had

19   to go and take her from the street and tell

20   her that she needed to get out of there before

21   she got hit by a car.

22         Q       What part of the street was she

23   in?

24         A       I don't remember exactly what

25   part, but she was in the street.

1                        S. DIAZ

2          Q          When she left were you still in

3     the precinct, I'm talking right initially

4     after, and then you went outside or were you

5     outside holding the door open saying hey, get

6     out of here or something like that?

7          A          When she was in the precinct I

8     opened the gate and told her you need to leave

9     the premises otherwise you're going to get

10    arrested and that's when she ran out and I

11    followed to see where she was going and that's

12    when she went into the street and I was

13    telling her to get out of the street and she

14    didn't want to get off the street so I had to

15    hold her and bring her back to the sidewalk.

16    That's when the sergeant came and said we need

17    to call an ambulance to get her assistance.

18         Q          Do you remember what sergeant

19    this was?

20         A          The desk sergeant.

21         Q          And you think that could be

22    Sergeant Morant?

23         A          Yes.

24         Q          Is it Sergeant Morant or you

25    think it is?

1               S. DIAZ

2          A          It is Sergeant Morant.  She was

3     the desk sergeant.

4          Q          So now you're assisting her

5     back towards the precinct?

6          A          Yes.

7          Q          When she first went outside

8     could you observe what the traffic signals

9     were or anything like that?

10         A          I don't remember.  I know there

11    was cars coming.

12         Q          And then you bring her back in.

13    Did she comply with your instructions to go

14    back in?

15         A          We had to hold her because she

16    wanted to leave running.

17         Q          She wanted to leave the area?

18         A          Yeah.  And we told her she had

19    to wait for the ambulance to come so they can

20    speak to her.

21         Q          Did you tell her that she was

22    under arrest at that point?

23         A          She wasn't under arrest.

24         Q          Did you tell her she was free

25    to leave?

1                           S. DIAZ

2         A         She was being detained until

3    the ambulance came.

4         Q         Did you tell her that?

5         A         Yes.

6         Q         What was her reaction to that,

7    if anything?

8         A         I don't remember specifically

9    what she said.

10        Q         And then did you go back into

11   the precinct?

12        A         We were there waiting for the

13   ambulance, yes, in the waiting area.

14        Q         Did she sit there while you

15   were waiting for the ambulance?

16        A         I don't remember if she sat

17   down or not.

18        Q         But she was in this little

19   waiting zone by the gate?

20        A         Yeah.

21        Q         Did she attempt to leave at any

22   point after that?

23        A         When the ambulance came, the

24   EMS people, yeah, she was trying to leave so

25   we had to restrain her.

1                      S. DIAZ

2          Q        Did she say anything or she

3   just tried to walk out?

4          A        I don't specifically remember

5   what she said.

6          Q        Were you waiting with her this

7   entire time?

8          A        Yes.

9          Q        Was there anybody else there

10  other than Sergeant Morant?

11         A        PO Reny I believe was there.

12         Q        Approximately, how long was

13  this time period?

14         A        I don't really remember how

15  long.  Sometimes you call the ambulance and

16  they take five minutes, ten, fifteen, twenty.

17  It could be anything.

18         Q        But in that period of time from

19  when she came back until the ambulance got

20  there she remained with you?

21         A        Yes.

22         Q        Now, the ambulance shows up.

23  Do you remember who the EMTs were?

24         A        I believe the information is in

25  my memo book.

S. DIAZ

1

A        I don't remember.  I think they

2

usually speak to us first to see what the

3

situation is and then they speak to the

4

person.

5

Q        Do you remember what, if

6

anything, you said to the EMTs or paramedics

7

the first time you spoke with them?

8

A        I basically told her everything

9

that was happening in relation to what she was

10

here for and what she did that she ran into

11

the street in the traffic and we told her to

12

come back and then they spoke to her and they

13

are the ones that made the determination if

14

she has to go to the hospital or not.

15

Q        To the best that you can

16

remember the conditions at the time was it

17

dark out yet or was it still light?

18

A        It was summer time so usually

19

the sunset takes longer.

20

Q        When you say you spoke to the

21

paramedics and EMTs about what happened it's

22

the same thing you told us here today?

23

A        Yes.

24

Q        Did you observe them eventually

25

S. DIAZ

1

2   go speak to Ms. Brock?

3          A          Yeah, they spoke to her.

4          Q          Could you overhear that

5   conversation?

6          A          No, I don't remember because I

7   don't usually get involved when they're

8   speaking.

9          Q          But did you see them speaking

10  to each other?

11         A          They spoke to her, yeah.

12         Q          But you couldn't hear what was

13  said?

14         A          No, I didn't hear anything.

15         Q          And then what happened next, if

16  anything?

17         A          We told her we were going to

18  take her to the hospital and then she became a

19  little outraged.  She didn't want to go so we

20  had to handcuff her and restrain her in order

21  for her not to get harmed or us and place her

22  in the ambulance.

23         Q          When you say us you mean the

24  other officers or the EMT paramedics?

25         A          Yes.

1                    S. DIAZ

2          Q          Going from the time when you

3    first came and met with her now until the

4    handcuffs at any point in that period of time

5    did she threaten serious harm to you or any of

6    the other officers at the precinct?

7          A          What do you mean by that?  Did

8    she say anything?

9          Q          I'm going to kill you or I'm

10   going to murder you or anything like that.

11         A          Not that I remember.

12         Q          At any point in that same

13   period of time did she say she was going to

14   commit serious harm to herself?

15         A          If she verbally said anything?

16         Q          Yes.

17         A          Not that I remember.

18         Q          At any point in that same

19   period of time did she use any weapons or

20   anything against either yourself, any of the

21   other officers or paramedics or EMTs?

22         A          No.

23         Q          You said she was then

24   handcuffed and placed into the ambulance; is

25   that accurate?

S. DIAZ

1

2    Q        When you say the same thing the

3 something, something, something?

4    A        Yes.

5            MR. LAWLOR:  Off the record.

6            (Whereupon, a discussion was

7    held off the record.)

8    Q        Now, did you ever ask her for

9 ID?

10   A        Yes.

11   Q        Did she refuse to comply with

12 that?

13   A        She didn't have no ID on her.

14   Q        So is it fair to say then your

15 last interaction with her was when she was

16 handcuffed and placed in the ambulance?

17   A        I escorted her to the hospital.

18   Q        Are you in the ambulance

19 itself?

20   A        Yes, I was in the ambulance.

21   Q        Were there any other officers

22 in the ambulance with you to the best that you

23 can remember?

24   A        No, not that I remember.

25   Q        When she was out in the street

Page 94

S. DIAZ

1
2    as you testified to do you remember what the
3    traffic conditions were at the time?  I don't
4    know that area.
5         A      Usually a lot of cars pass
6    through there, but I know there was cars
7    coming and that's what concerned me and the
8    other officers that she was in the middle of
9    the street and most likely was going to get
10   hit by a car.
11        Q      Did she?
12        A      She didn't get hit because we
13   moved her from the street.
14        Q      Did you hear any honking of
15   horns or anything like that or screeching of
16   tires while you were out there?
17        A      No.
18        Q      What hospital did you go to?
19        A      I believe it's in the memo
20   book.
21        Q      Do you remember off the top of
22   your head?
23        A      I think it was Harlem Hospital.
24        Q      When you got there what is
25   required of you at that point?

1              S. DIAZ

2        A        I have to wait until the nurse

3    does the preliminary tests that they do like

4    the blood pressure and stuff.

5        Q        Do you stay with Ms. Brock at

6    that point?

7        A        Yes.

8        Q        Is she handcuffed still?

9        A        Yeah, she is handcuffed.

10        Q        Approximately, how long would

11    you say that took until those tests were

12    complete?

13        A        We were waiting there for a

14    long period of time.  I would say a half an

15    hour to an hour.

16        Q        Were you having any

17    conversations with Ms. Brock during this

18    period?

19        A        Not that I remember.  I don't

20    believe I said anything to her, no.

21        Q        Were you present when the nurse

22    took any sort of information from Ms. Brock?

23    Name if she gave it or if she did the

24    something, something, something again or

25    personal information?

1      S. DIAZ

2      A       I think at that point they had

3  the information that we provided.

4      Q       Which would have been Brock,

5  eight and G would have been the other thing,

6  right?

7      A       No, that's the plate number.

8      Q       That would be the only

9  information you had at that juncture?

10     A       Yes.  Well, I had all the

11 information that I acquired.

12     Q       How did you acquire that?

13     A       I went into a system that we

14 have, a search system.

15     Q       How does that work?

16     A       That's a system that we use

17 when usually you arrest somebody or are going

18 to issue them a summons.  It's to show you the

19 history of the person with the NYPD like the

20 arrests.

21     Q       Is it fair to say their rap

22 sheet?

23     A       Yes.

24     Q       How did you search for her on

25 that if you just had the other stuff that you

1                   S. DIAZ
2    got earlier?  You just put Brock and figured
3    it out?
4          A        Yes.  I put Brock how I thought
5    it was spelled and a lot of names came up and
6    I started looking.
7          Q        And whittled them down?
8          A        Yeah.
9          Q        After they finished the test I
10   think you said you were there for about an
11   hour.  Do you leave then at that point or
12   something else?
13         A        Yeah, I leave.
14         Q        So you're done?
15         A        Yeah.  Once she gets seen by
16   the nurse and they do what they have to do we
17   leave.  She was not under arrest.  We were
18   just there to make sure she got to the
19   hospital, that's it.
20         Q        So she wasn't under arrest at
21   that point?
22         A        No.
23         Q        Would it be fair to say that
24   you closed out your interaction with Ms. Brock
25   on that day?

1                      S. DIAZ

2          A        Yes.

3          Q        Do you remember what time you

4    left the hospital that day?

5          A        It would be in my memo book.

6    9:00 P.M., 9:00 or 8:00.  I know it's in my

7    memo book.  I would have to look it up.

8          Q        So then what happened?  Did you

9    go back to the precinct?

10         A        Yes, I went back.  I did

11   something else and then I went back.  I think

12   we put gas in the car and then we went back to

13   the precinct.

14         Q        Did somebody else follow you in

15   the ambulance?

16         A        Yes.

17         Q        When you got back to the

18   precinct did you write up the various things

19   that had transpired here?

20         A        I believe either once I got to

21   the precinct or before EOT, end of tour, when

22   I found the time I did the reports necessary

23   for the incident.

24         Q        And that would have been an

25   aided report?

1                    S. DIAZ

2   what the notation would be for the first

3   interaction with Ms. Brock in this book?

4           A        It says 19:00, 7:00 P.M.

5           Q        What does it read there?  Is

6   that your handwriting?

7           A        Yes.  It's a pickup of an EDP

8   at 2770 Eighth Avenue, New York, station house

9   has the name Brock, Kamilah, date of birth

10  8/17/82.  Address of 1109 Kramer, I believe

11  that's circled.

12          Q        Court there maybe?

13          A        Yes.  Baldwin, New York.

14          Q        And then the next entry?

15          A        I can barely see this.

16          Q        I think it's an hour later,

17  right?

18          A        Yeah, 20:10 or 20:00 it says 84

19  Harlem Hospital.

20          Q        And that means you're at Harlem

21  Hospital at that point?

22          A        Yes, we arrived.  That's

23  usually an approximate time.  Sometimes we

24  don't update it right away so we go --

25          Q        It's not done

S. DIAZ

1

2   phone number, the ACR number.

3         Q      That stands for ambulance call

4   report?

5         A      Yes, that's the number the EMS

6   people gave us.  That's the bus number meaning

7   that's the ambulance sector that was assigned

8   to that job which is 13E.  Usually we only

9   take one number and name from the EMS so I

10  took EMS Sevorwell shield number 2956.

11        Q      What is this page?  Is this

12  part of your memo book, is that a separate

13  page?

14        A      No, that's the back of the memo

15  book.

16        Q      Is this where you just jot down

17  notes as you're working?

18        A     Yes.

19        Q      You had written Brock here a

20  couple times above that.  Was that what she

21  gave you initially, you were trying to sound

22  it out?

23        A      Yeah, I was trying to sound it

24  out.

25              MR. LAWLOR:  Let's mark this.

                        S. DIAZ

1

2       A       At the first look it has most

3  of the stuff like the pedigree information

4  that I provided, the occurrence time is around

5  the time that I put in which is 19:45, it has

6  the address of the occurrence.

7       Q       You don't have to voice it out

8  loud.  You just look at it and you tell me if

9  there's something that you think is inaccurate

10 let me know.  If there's not then that's fine

11 too and we'll move on.

12      A       I would say yes.  It says

13 danger to self and it would have to be a Y for

14 yes.

15      Q       But it's a no on there?

16      A       Yes.

17      Q       Do you remember filling out a

18 Y?

19      A       I believe I did, yes, but I

20 would have to see the hard copy.

21      Q       Do you keep the hard copy?

22      A       No.

23      Q       Do you know what happens to the

24 hard copy?

25      A       Once I hand it in to the desk

1                    S. DIAZ

2    officer the desk officer reviews the

3    information and they sign it and then they

4    hand it to the clerk.  After that I don't know

5    where they send it.

6          Q         That's handwritten by you?

7          A         Yes.

8          Q         And is that a field on the

9    written document that you check out or

10   something like that?

11         A         Yeah.

12         Q         So your testimony is you would

13   have put a Y?

14         A         No, I would have put a check

15   mark.

16         Q         Check yes, she was a danger?

17         A         Yeah.

18         Q         Do you believe you did that?

19         A         I believe yes.

20         Q         And this was reviewed by the

21   desk sergeant?

22         A         You hand it in to them, yes.

23         Q         But it's no on this sheet?

24         A         Yeah, it says no on here.

25                   MR. LAWLOR:  To the extent that

S. DIAZ

2      that exists the original that's filled

3      out we'll follow-up in writing for

4      that.

5          Q      I have some questions for you

6   that I'm obligated to ask you.  It's nothing

7   personal.  Have you ever been subject of any

8   disciplinary action by the NYPD?

9          A      No.

10         Q      Have you ever been investigated

11  by the IAB?

12         A      No.

13         Q      To your knowledge have you ever

14  had any CCRB complaints made against you?

15         A      Not that I'm aware of, no.

16         Q      Prior to coming here today did

17  you review any documents?

18         A      Yes, I did.

19         Q      What did you review?

20         A      I think I went over the aided

21  card.

22         Q      When you say the aided card

23  would it be the one I showed you, not the

24  original one you filled out?

25         A      The one you showed me.  The