# EXHIBIT F

# DEFENDANT

# DOCTOR

# LABOR

# DEPOSITION

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   Index No. 15 cv 1832 (VSB)
    - - - - - - - - - - - - - - - - - - - - - - - - - - -x
4
    KAMILAH BROCK,
5
                            Plaintiff,
6
               - against -
7
    THE CITY OF NEW YORK, NEW YORK CITY HEALTH
8   AND HOSPITALS CORPORATION, HARLEM
    HOSPITAL, DR. ELISABETH LESCOUFLAIR,
9   Individually and in her Official Capacity,
    DR. ZANA DOBROSHI, Individually and in her
10  Official Capacity, DR. ALAN LABOR,
    Individually and in his Official Capacity,
11  and POLICE OFFICER SLAVADOR DIAZ, Shield
    No. 21953, Individually and in his
12  Official Capacity,

13                          Defendants.
    - - - - - - - - - - - - - - - - - - - - - - - - - - -x
14                          March 22, 2016
                            12:30 p.m.
15

16

17          Deposition of DR. ALAN LABOR,

18  taken by the Plaintiff, pursuant to Order,

19  held at the Law Offices of Michael S.

20  Lamonsoff, PLLC, 32 Old Slip, New York,

21  New York, before Danielle M. Baglio, a

22  Shorthand Reporter and Notary Public of

23  the State of New York.

24

25

1

2    A P P E A R A N C E S :

3

4        LAW OFFICES OF MICHAEL S.

5        LAMONSOFF, PLLC

6        Attorneys for Plaintiff

7            32 Old Slip

8            New York, New York 10005

9        BY:   JESSICA MASSIMI, ESQ.

10

11

12       ZACHARY W. CARTER, ESQ.

13       Corporation Counsel

14       Attorneys for Defendants

15           100 Church Street

16           New York, New York 10007

17       BY:   JOSHUA J. LAX, ESQ.

18

19

20

21

22

23

24

25

1              DR. ALAN LABOR

2      themselves, as in this case, the CPEP.   I

3      was on-call that day when Miss Brock was

4      in the hospital.

5          Q.    Where were you on-call?

6          A.    In the comprehensive psychiatric

7      emergency program, or CPEP.

8          Q.    Where is Harlem Hospital

9      located?

10          A.    In Manhattan, New York.

11          Q.    Do you know the address?

12          A.    530 Lenox Avenue.

13          Q.    Where is the CPEP located in

14      that building?

15          A.    There are five buildings that

16      make up -- well, Harlem Hospital has five

17      main buildings, and the MLK, the Martin

18      Luther King building, is where the CPEP

19      is, on the first floor.

20          Q.    Did you attend medical school?

21          A.    Yes.

22          Q.    Where did you attend medical

23      school?

24          A.    Russia.

25          Q.    What's the name of the medical

1           DR. ALAN LABOR

2    Luther King building.

3       Q.    Where were you when you first

4    met Kamilah Crock?

5       A.    In the CPEP.

6       Q.    Where is the CPEP located in the

7    Martin Luther King building?

8       A.    On the first floor of the MLK

9    building.

10      Q.    Is it part of the emergency room

11   or separated from the emergency room?

12      A.    Separated.

13      Q.    What were the circumstances

14   under which you first met Kamilah Brock on

15   September 14, 2014?

16      A.    Could you repeat that again?

17      Q.    Sure.  What were the

18   circumstances under which you met Miss

19   Brock on September 14, 2014?

20      A.    To provide a psychiatric

21   evaluation.

22      Q.    Did somebody ask you to provide

23   a psychiatric evaluation?

24      A.    Yes.

25      Q.    Who asked to you provide a

```
1                    DR. ALAN LABOR

2    psychiatric evaluation?

3         A.    The attending physician,

4    Dr. Samuels.

5         Q.    What is Dr. Samuels' first name?

6         A.    Erin.

7         Q.    Did Dr. Samuels communicate with

8    you that -- I'm sorry.  Is Dr. Samuels a

9    man or a woman?

10        A.    A female.

11        Q.    How did Dr. Samuels communicate

12   with you that she wanted you to provide a

13   psychiatric evaluation for Kamilah Brock?

14        A.    She asked me to interview her

15   and do a psychiatric assessment.

16        Q.    Did Dr. Samuels verbally ask you

17   to perform the psychiatric assessment?

18        A.    Yes.

19        Q.    Did Dr. Samuels tell you

20   anything about Miss Brock when you were

21   being asked to perform this evaluation?

22        A.    No.

23        Q.    Dr. Samuels didn't provide you

24   with any information about Kamilah Brock?

25        A.    No.
```

Dr. Alan Labor
March 22, 2016

26

```
 1              DR. ALAN LABOR
 2      Q.    What did Dr. Samuels tell you at
 3   that time?
 4      A.    Well, in the morning, which is
 5   usual, we see patients and -- patients are
 6   assigned to us, residents and attendings,
 7   and we do interviews.  The attending
 8   physician on-call, Dr. Samuels, told me to
 9   interview Miss Brock.
10      Q.    Was it a random assignment?
11            MR. LAX:  Objection.
12      A.    Yes.
13      Q.    What time of day did you receive
14   that instruction from Dr. Samuels?
15      A.    September 14th.
16      Q.    I'm sorry.  Do you remember what
17   time of day approximately that was?
18      A.    In the morning.  Maybe about
19   9:30, 10.  Around there.
20      Q.    Did you receive this assignment
21   during the course of a normal meeting that
22   you have on a daily basis when you're
23   working?
24      A.    Yes.
25      Q.    After receiving this assignment
```

Dr. Alan Labor
March 22, 2016                                          27

```
1                    DR. ALAN LABOR

2    from Dr. Samuels, what was the next thing

3    that you did?

4        A.    I asked Miss Brock to escort me

5    into the interview room for a private

6    interview.

7        Q.    Where was the meeting with

8    Dr. Samuels that you had?

9        A.    In the CPEP.

10       Q.    Did you have to walk to where

11   Kamilah Brock was located in order to

12   speak to her?

13       A.    Right.              *

14       Q.    Where was she at that time?

15       A.    She was in the -- I don't recall

16   where, but she was in the CPEP.

17       Q.    How long did that take you to

18   get to her from where you had received

19   this instruction?

20       A.    A few minutes.

21       Q.    When you first encountered Miss

22   Brock, what was she doing?

23       A.    I don't remember.

24       Q.    Do you remember what she looked

25   like?
```

Dr. Alan Labor
March 22, 2016                                          28

1                    DR. ALAN LABOR

2        A.    Yeah.  I remember.

3        Q.    What did she look like?

4        A.    African-American, with

5   dreadlocks.

6        Q.    Do you remember anything else

7   about her physical appearance?

8        A.    No.

9        Q.    Okay.

10       A.    She appeared a little younger

11  than her age.

12       Q.    What do you mean when you say

13  she appeared younger than her age?

14       A.    Well, when I first met her,

15  maybe I was expecting someone older than

16  her real age.

17       Q.    What do you remember her real

18  age as being?

19       A.    I would have put her maybe 20 or

20  29.

21       Q.    That's what you expected her to

22  be or that's what she appeared to be?

23       A.    That's what she appeared to be.

24       Q.    Why did you expect her to be

25  older than --

Dr. Alan Labor
March 22, 2016                                        29

DR. ALAN LABOR

1

2      A.    No.  Appeared.

3      Q.    Okay.  Right.  You said when you

4  encountered her, she appeared younger than

5  she actually was?

6      A.    Correct.  Yes.

7      Q.    Can you explain to me why she

8  appeared younger to you?

9      A.    Well, just her features.  She

10  appeared to be younger than 33 or 34, I

11  think she was at the time.  Any other

12  features I cannot -- there's nothing else

13  that I could remember except she's black

14  and she had dreadlocks.

15      Q.    Is there anything else about her

16  appearance or behavior that created this

17  impression of a younger person?

18      A.    No.

19      Q.    So, you first encountered

20  Kamilah Brock in the CPEP unit.  And what

21  was the first thing you said to her?

22      A.    "My name is Dr. Labor.  I'm the

23  resident psychiatric physician here, and

24  I'm assigned to your case.  Can I meet

25  with you for an interview?"

1                    DR. ALAN LABOR

2          Q.     Did Miss Brock say anything in

3     response to that?

4          A.     I don't recall, but she did --

5     she came with me into the interview room.

6          Q.     Where was the interview room?

7          A.     In the CPEP.

8          Q.     How long did it take you to get

9     to the interview room once you met up with

10    Miss Brock?

11         A.     It has to be maybe a minute.

12         Q.     What happened once you and Miss

13    Brock were in the interview room?

14         A.     Well, she sat down and I

15    introduced myself again.  And she asked me

16    if I'm going to let her get out of here.

17         Q.     Did you say anything in response

18    to that?

19         A.     I said, "Well, my job is to do

20    an assessment."

21         Q.     Did she respond to that?

22         A.     Yes, she did.

23         Q.     What did she say?

24         A.     She said, again, if 1 recall

25    well, I don't remember her exact words,

```
 1                DR. ALAN LABOR
 2   but she said, "They brought me here," you
 3   know, "for nothing.  I didn't do nothing.
 4   The police brought me here.  They seized
 5   my car, and all I wanna do is get out of
 6   here."
 7      Q.    Did you say anything in response
 8   to that?
 9      A.    I asked her what happened with
10   the police, to tell me the story.
11      Q.    Did Miss Brock appear upset?
12      A.    Yes.
13      Q.    When you asked her to tell you
14   what had happened with the police, did she
15   respond?
16      A.    She said she was driving in
17   Harlem.  She had just come back from New
18   Jersey -- she had just come back from
19   somewhere into the city, from Long Island;
20   and she was driving fast and she was
21   pulled over by the cops.
22      Q.    Did she say anything else?
23      A.    And she was taken to the
24   precinct and they had an argument.  She
25   had an argument with the cops.
```

Dr. Alan Labor
March 22, 2016                                          32

1                    DR. ALAN LABOR

2        Q.    Did she say anything else?

3        A.    She stated that because she's

4   black, the cops did not believe that she

5   can own a BMW.

6        Q.    Did she say anything else?

7        A.    No.  Not as far as I could

8   remember.

9        Q.    Did you say anything to her in

10  response to any of those statements you

11  just told me?

12       A.    So, I asked her why did the

13  cops -- she said she had an argument with

14  the cops.  So I said, "Well, why did they

15  bring you to a psychiatric hospital or not

16  arrest or take you to the tubes for

17  legal?"  She did not answer.

18       Q.    Did you ever ask the police why

19  they brought her to the psych hospital and

20  not to jail?

21       A.    No.

22       Q.    Is there a reason why?

23       A.    I had no contact with the

24  police.

25       Q.    In your time at Harlem Hospital,

1                    DR. ALAN LABOR

2    have you ever encountered a patient who

3    was wrongfully brought to the psychiatric

4    unit wrongfully by the police?

5            MR. LAX:   Objection.   You can

6    answer.

7        A.   I can't answer that.

8        Q.   Why can't you answer that?

9        A.   Because I'm not sure what

10   wrongfully is.  How will I know if it was

11   wrongully if I was not there with the

12   police when this happened?  So it's not

13   for me to say whether it was wrongfully or

14   not.  Patients have claimed they were

15   wrongfully brought, but I cannot say

16   that's right, that's true.

17       Q.   How do you determine whether or

18   not someone is properly brought to the

19   psychiatric unit of the hospital by the

20   police?

21       A.   How can can I determine that?

22       Q.   Yes.

23       A.   I don't think I can, because I'm

24   not the police and I was not there when

25   incidents occur.

Dr. Alan Labor
March 22, 2016
34

1           DR. ALAN LABOR

2      Q.    But you don't just accept what

3   the police tell you when they say that

4   somebody belongs in the psych unit,

5   correct?

6      A.    Well, I accept their judgment

7   that they see something wrong with the

8   patient.  A patient could be aggressive,

9   could be behaving out of order.  And

10  again, I'm not the police to tell who goes

11  where.  I do my own assessments.

12     Q.    Okay.  And this initial meeting

13  that you had with Miss Brock in the

14  interview room, how long did that last?

15     A.    About 15 minutes.

16     Q.    Other than the conversation that

17  you just told me that transpired between

18  you and Miss Brock in the interview room

19  at that time, is there anything else that

20  was said between the two of you?

21     A.    Other than what I just told

22  you?

23     Q.    Yes.

24     A.    Well, there was discussions back

25  and forth with us.  Yes.

Dr. Alan Labor
March 22, 2016                                    35

1              DR. ALAN LABOR

2       Q.    Can you just relay to me the

3    entirety of those discussions during that

4    15-minute time period, to the best of your

5    memory?

6       A.    Well, at first she was

7    forthcoming with answers.  And when I

8    probed deeper into finding what actually

9    happened, because remember, we do not have

10   the police reports given to us from the

11   medical emergency room.  So, I probed to

12   find out what was the reason.  And again,

13   this is where our assessment begins, from

14   what happened outside.  She was not giving

15   me answers.  She being very evasive and

16   not providing answers.

17      Q.    How was she being evasive?

18      A.    By not answering the questions

19   about what happened.

20      Q.    What was she saying?

21      A.    Up to the point when she told me

22   that she was brought to the precinct

23   because she was driving fast, she was, I

24   think, I'm not sure, but maybe she

25   mentioned they thought maybe she was under

Dr. Alan Labor
March 22, 2016

36

1              DR. ALAN LABOR

2    the influence.

3              But when they went to the

4    precinct, arguments ensued between her and

5    the police.  And in that discussion, she

6    made a statement that, "They don't believe

7    I own a BMW because I'm a black girl."

8        Q.   Did she seem credible to you

9    when she was speaking to you?

10             MR. LAX:  Objection.  You can

11   answer.

12       A.   Credible in terms of what

13   happened?

14       Q.   Well, specifically, you just

15   told me that she told you that the police

16   didn't believe that she owned a BMW

17   because she was a black girl.  Did you

18   believe she was telling the truth about

19   that?

20       A.   I don't believe that, because

21   black people own BMSs.  It's nothing

22   strange.  So why should the cops pull her

23   out or why did they bring her to the

24   precinct because of owning a BMW and being

25   black?  I did not see the reasoning for

Dr. Alan Labor
March 22, 2016                                          38

1              DR. ALAN LABOR

2    particular street in Harlem?

3        A.    I don't recall.

4        Q.    Did you ask her what the speed

5    limit was --

6        A.    I don't recall.

7        Q.    -- where she claims to have been

8    driving?

9        A.    I don't recall.

10       Q.    Can you go back and tell me the

11   remainder of the conversations that you

12   and Miss Brock had during that 15-minute

13   time period, because I think I cut you off

14   a little bit?

15       A.    Yeah.  So I tried to get the

16   story of why the police bring her to the

17   precinct -- to the hospital, versus, you

18   know, handcuffing her and getting her

19   through the system to see a judge.  I did

20   not get that answer.  She could not tell

21   me why.  I asked over and over again.  All

22   she wanted to know, "Doctor, I wanna get

23   out of here.  I should not be here.  I'm

24   not crazy."

25       Q.    Do you think Miss Brock trusted

Dr. Alan Labor
March 22, 2016

39

1              DR. ALAN LABOR

2    you?

3      A.    I hope.

4      Q.    Did you think she sensed that

5    you didn't believe her?

6            MR. LAX:  Objection.

7      A.    I can't say.

8      Q.    But you didn't believe her,

9    right?

10     A.    She was not giving me the

11   answers I wanted to make an assessment.

12     Q.    She did give you one piece of

13   information that you already told me you

14   didn't believe, that she was pulled over

15   by the police and that the police didn't

16   believe she owned a BMW because she's a

17   black girl.  Is that a fair

18   characterization of your testimony a few

19   moments ago?

20     A.    Why should not the -- well,

21   again, I'm not the police.  But, why

22   should not the police believe her, if I

23   have to say it like that again.  Because

24   for a black woman to drive a BMW is

25   common.  It's not uncommon.

1            DR. ALAN LABOR

2      Q.    Right.  And I don't think my

3  question is should the police believe her

4  or not.  My question is:  Do you believe

5  that the police might not believe her when

6  she says, "I own a BMW"?

7            MR. LAX:  Objection.  Go ahead.

8      A.    It's possible.

9      Q.    But you didn't believe her when

10  she said that to you during the 15-minute

11  interview in the interview room?

12      A.    No.  Why should not -- no.  I

13  believed her.  She told me she drives a

14  BMW, she was driving fast, and I believed

15  her.  I don't know why she thought the

16  police should not believe her that she

17  owned it.  But like I said, it's common

18  for a woman to drive a BMW.  So why should

19  not I?

20      Q.    Of course, of course.  During

21  that 15-minute conversation, did Miss

22  Brock make any other statements to you?

23      A.    She was very preoccupied about

24  leaving the hospital, so I switched from

25  asking about the incident, and I said,

1            DR. ALAN LABOR

2    "Okay.  Have you had a prior incident

3    like this?"  She said, "No."

4            I asked her about her past

5    psychiatric history.  She did mention that

6    she saw a doctor once, but she didn't

7    divulge further.

8        Q.    Did you ask anymore questions

9    about the doctor that she said she saw

10   once?

11       A.    Yes.  Like I said, she did not

12   want to speak further.

13       Q.    You just said that she seemed

14   very preoccupied with leaving the

15   hospital, correct?

16       A.    Yes.

17       Q.    Is that weird to you?

18       A.    No.

19            MR. LAX:  Objection.

20       Q.    When you say preoccupied, what

21   do you mean?

22       A.    Preoccupied meaning that's all

23   she wanted, she was asking.

24       Q.    But that doesn't seem abnormal

25   to you, right?

Dr. Alan Labor
March 22, 2016                                                    42

1               DR. ALAN LABOR

2       A.    No.

3       Q.    During that 15-minute

4  conversation in the interview room, did

5  you ever hear Miss Brock say that she was

6  going to hurt herself?

7       A.    No.

8       Q.    Did you ever hear Miss Brock say

9  that she was going to hurt others?

10      A.    No.

11      Q.    Did anyone ever tell that you

12  Miss Brock was going to hurt herself?

13      A.    No.

14      Q.    Did anyone ever tell that you

15  Miss Brock said she was going to hurt

16  others?

17      A.    No.

18      Q.    Did Miss Brock think that people

19  were out to get her?

20      A.    Well, she thought that the

21  police was out to get her, so to speak.

22      Q.    What statement did Miss Brock

23  make to you that led you to believe that

24  she thought the police were out to get

25  her?

Dr. Alan Labor
March 22, 2016                                    43

1              DR. ALAN LABOR

2       A.    Because she thought driving fast

3  did not warrant the police to pull her.

4  She did not understand why they pulled

5  her.

6       Q.    But you don't know how fast was

7  she was driving?

8       A.    No.

9       Q.    And you don't know where she was

10 driving and what the speed limit was?

11      A.    It was in Harlem.  The city of

12 Harlem in Manhattan.

13      Q.    From the moment you arrived at

14 work that morning up until the end of that

15 15-minute conversation that you had with

16 Miss Brock that we were just discussing,

17 did she say or do anything that led you to

18 believe that she posed a risk of danger to

19 herself or others?

20      A.    Yes.

21      Q.    Can you specify what exactly?

22      A.    We -- she spoke about that she

23 drives fast; she has -- she does not see

24 it wrong or anything -- well, she doesn't

25 see it wrong to drive with her foot stuck

1              DR. ALAN LABOR

2    of the window, because her mother did that

3    around Rockefeller Center when she was a

4    child, and nothing happened to the

5    mother.  And by that time, her urine

6    toxicology had come up positive for

7    marijuana.

8              So her behavior, which was kind

9    of erratic and impulsive to her peers in

10   the room, led us to believe that she could

11   be a harm to others at the time.

12       Q.    Did you say peers in the room

13   room?

14       A.    Yes.  Other patients.

15       Q.    What room are you referring to?

16       A.    In the CPEP.

17       Q.    What did you observe her doing

18   in the CPEP room?

19       A.    Argumentative.

20       Q.    Argumentative with who?

21       A.    Other patients.

22       Q.    How many other patients?

23       A.    One or two.

24       Q.    Did you hear what they were

25   arguing about?

                    DR. ALAN LABOR

1

2      A.    I don't recall.

3      Q.    Do you know what started those

4  arguments?

5      A.    I don't recall.

6      Q.    Did you make any other

7  observations of Miss Brock in the CPEP

8  room during that 15-minute time frame that

9  led you to believe that her behavior was

10 erratic?

11     A.    She was loud, talking loud,

12 talking fast.

13     Q.    Did you hear anything she was

14 saying?

15     A.    I don't recall, but it was all

16 about her getting out of here.

17     Q.    Did you record these statements

18 anywhere?

19     A.    I think I record them in the

20 progress notes.

21     Q.    Which would be a part of her

22 chart, correct?

23     A.    Yes.

24     Q.    When did you make these

25 observations of Miss Brock?

DR. ALAN LABOR

1

2      A.      In the CPEP.

3      Q.      Was it before or after you had a

4  conversation with her?

5      A.      Before, during and after.

6      Q.      What observations did you make

7  of Miss Brock before you spoke to her?

8      A.      Loud; argumentative with the

9  nursing staff; refusal to cooperate with

10  CPEP policies and procedures.

11      Q.      Anything else prior to your

12  conversations?

13      A.      That's it.

14      Q.      What CPEP policies and

15  procedures did she fail to comply with?

16      A.      Blood draws; urine, providing

17  urine samples.

18      Q.      Anything else?

19      A.      There's two sections of the

20  CPEP.  We like patients who just come in

21  for a couple of hours to stay in the CPEP

22  area, and she was always all around the

23  place.  She could not stay in the area

24  where she was supposed to stay.

25      Q.      Is that area clearly marked?

                    DR. ALAN LABOR

1

2      A.    Well, she's told that's where

3  she has to stay.

4      Q.    How do you know she was told

5  that?

6      A.    Well, when they come in, that's

7  normal procedure.  Patients are told where

8  they're supposed to stay.

9      Q.    So, in all fairness, you're

10  assuming she was instructed to stay in a

11  particular area, correct?

12      A.    Yes.

13      Q.    When you say that she failed to

14  comply with CPEP policies and procedures

15  regarding blood draws and urine samples,

16  she did give a urine sample, did she not?

17      A.    Eventually she did.  Yes.

18      Q.    You're saying by the end of your

19  15-minute conversation, the toxicology

20  report for the marijuana had already come

21  back?

22      A.    I suspect so.  Or either, maybe

23  she herself told us that she was smoking

24  marijuana.  Either that.  Either she

25  herself had said it or the results had

Dr. Alan Labor
March 22, 2016                                    48

1            DR. ALAN LABOR

2    come out.  One of the two.

3        Q.    But either way, she was given

4    multiple blood tests and urine samples

5    during her stay at Harlem Hospital,

6    correct?

7            MR. LAX:  Objection.

8        A.    Yes.

9        Q.    So what do you mean when you say

10   she didn't comply with the CPEP policies

11   procedures to give blood draws and urine

12   samples?

13       A.    At the beginning.

14       Q.    But again, you're not sure

15   whether she complied or not, because you

16   testified earlier that her toxicology

17   report had come back by the end of your

18   15-minute conversation, which means by the

19   time you first observed her, she must have

20   already given a urine sample or blood test

21   for her marijuana toxicology, correct?

22           MR. LAX:  Objection.

23       A.    If I remember well, yes.  The

24   results may have come out, but she herself

25   in that discussion did say that she was

Dr. Alan Labor
March 22, 2016                                      49

1            DR. ALAN LABOR

2    under the influence of marijuana.

3        Q.    Okay.

4        A.    And she was asking for it.

5        Q.    I'm not trying to be petty or

6    anything with regard to this, but I just

7    want to be clear, because you're saying

8    she didn't comply with CPEP policies and

9    procedures regarding blood draws and urine

10   samples.  But it's possible by the time

11   you first observed her she might have

12   already complied with those policies and

13   procedures for blood draws and urine

14   samples, correct?

15       A.    It's possible.  Yes.

16       Q.    So prior to speaking with Miss

17   Brock, did you observe anything else about

18   her behavior?

19       A.    Pacing; unable to sit still;

20   loud, loud, loud speech; rambling; talking

21   a lot; pressure.

22       Q.    Can those types of behaviors

23   serve as a sign for a particular

24   diagnosis?

25       A.    Yes.

1              DR. ALAN LABOR

2      Q.      What diagnosis is that?

3      A.      Mood disorders; bipolar

4   disorders.

5      Q.      Anything else?

6      A.      Schizophrenia; psychosis.

7      Q.      Can they also serve as a sign

8   for simply not wanting to be in the psych

9   unit?

10      A.      It could be.

11      Q.      Is there anything else you

12   recall about Miss Brock's behavior before

13   you began speaking with her on that day?

14      A.      No.

15      Q.      Before you spoke to Miss Brock,

16   what had you heard about her?

17              MR. LAX:   Objection.   You can

18   answer.

19      A.      Nothing.

20      Q.      Dr. Samuels didn't tell you

21   anything about Miss Brock?

22      A.      No.

23      Q.      Did any of the other medical

24   staff inform you of anything with regard

25   to Miss Brock before you spoke to her?

Dr. Alan Labor
March 22, 2016

51

1                    DR. ALAN LABOR

2        A.    No.

3        Q.    Have you now told me everything

4   you remember hearing or observing with

5   regard to Miss Brock before you began

6   speaking with her?

7        A.    Yes.

8        Q.    At some point, you go and

9   retrieve Miss Brock from the CPEP area and

10  you take her into an interview room, and

11  then that's the beginning of the 15-minute

12  convervation that we've already spoken

13  about?

14       A.    Yes.

15       Q.    Other than what you've already

16  told me, did Miss Brock make any

17  statements to you, that you recall, during

18  that 15-minute conversation?

19            MR. LAX:   Objection.  Go ahead.

20       A.    She was not providing answers,

21  and basically that was it.  She was not

22  giving us the meat as to why she was there

23  and what the prevailing circumstances

24  were, from her point of view.  We found

25  her evasive.

Dr. Alan Labor
March 22, 2016                                    52

1                    DR. ALAN LABOR

2        Q.    Was the purpose of that

3    conversations with Miss Brock to diagnose

4    her with anything?

5        A.    Yes.

6        Q.    Before beginning the

7    conversations with Miss Brock, did you

8    entertain the possibility that perhaps you

9    wouldn't reach a diagnosis at the end of

10   that 15-minute conversation?

11       A.    Yes.   There's a possibility you

12   will not.

13       Q.    Did you reach a diagnosis of

14   Miss Brock at the end of that 15-minute

15   conversation with her?

16       A.    At that time, no.

17       Q.    And why is that?

18       A.    We did not get the full

19   picture.

20       Q.    Why do you believe you didn't

21   get the full picture?

22       A.    Well, like I said, she was not

23   providing us the answers at that time

24   about her current circumstances, why she

25   was brought to the emergency room; she was

Dr. Alan Labor
March 22, 2016

53

1                    DR. ALAN LABOR

2      not providing us with her past history as

3      much; she did say she had contact with a

4      psychiatrist, she did not want to

5      elaborate.  All she wanted was, "I just

6      wanna be calm.  Do you prescribe medical

7      marijuana?"  She asked about that, and we

8      said no.

9          Q.    Who did she have contact with

10     first upon her arrival to Harlem

11     Hospital?

12              MR. LAX:  Objection.

13         A.    I don't know.

14         Q.    Is there an intake unit when

15     someone's brought by the police to Harlem

16     Hospital?

17         A.    That's the medical emergency

18     room.

19         Q.    To your knowledge, is that where

20     Miss Brock was brought by the police?

21         A.    Yes.

22         Q.    And then what happens when

23     somebody is brought to the medical

24     emergency room by the police?

25         A.    Well, then they are treated.

1              DR. ALAN LABOR

2    They're treated.  And if the medical

3    doctors realize or notice signs of mental

4    instability or if it becomes apparent or

5    clear, then they're referred to a psych

6    emergency room for further assessment.

7        Q.    The patient is first assessed by

8    the admitting doctor in the emergency

9    room?

10       A.    The medical.  That's where

11   everybody comes in.

12       Q.    Sorry.  I'm just trying to

13   understand.  The patient is first assessed

14   by the admitting doctor in the medical

15   emergency room?

16       A.    Yes.

17       Q.    Do you know who the admitting

18   doctor was for Miss Brock in the medical

19   emergency room?

20       A.    No.

21       Q.    After somebody is brought in by

22   police and seen by the admitting doctor in

23   the medical emergency room, what is the

24   next things that happens, based on your

25   understanding and experience, at Harlem

Dr. Alan Labor
March 22, 2016                                                55

1                    DR. ALAN LABOR

2    Hospital?

3         A.    If the medical doctors assess at

4    the time that the patient may need to see

5    a psychiatrist due to their prevailing

6    circumstances and presenting symptoms,

7    then the psychiatric emergency room

8    attendings are called.

9         Q.    Is it your understanding that

10   that's what happened in this case?

11        A.    Yes.

12        Q.    Who was the psych attending that

13   was called in this instance?

14        A.    I was not there when she came

15   into the CPEP for the first time -- well,

16   when she came into the CPEP, so I would

17   not know.

18        Q.    After a psychiatric attending is

19   called in an instance where it's deemed

20   necessary, what is the next thing that

21   happens, based on your experience and

22   knowledge?

23        A.    Then the psychiatrist goes to

24   the medical emergency room and assesses

25   the patient there, or the patient is asked

Dr. Alan Labor
March 22, 2016                                                    56

1             DR. ALAN LABOR

2    to be transferred to the psychiatric

3    emergency room.

4         Q.    And then what's the next thing

5    that happens, based on your experience?

6         A.    Then an assessment is done.

7         Q.    Would that be the assessment you

8    already explained, the 15-minute

9    conversation?

10        A.    No.  That was done -- my

11   assessment was done on the second day of

12   her admission in the CPEP.

13        Q.    So after the initial assessment

14   is done in a circumstance where a psych

15   attending is deemed necessary, what's the

16   next thing that happens, based on your

17   experience?

18        A.    Then, if a patient has to stay,

19   which is usually the case, for more

20   observation, a follow-up assessment is

21   done 24 hours later.

22        Q.    And in this circumstance, were

23   you the follow-up assessment?  The doctor

24   that performed the follow-up assessment of

25   Miss Brock?

Dr. Alan Labor
March 22, 2016                                      57

1              DR. ALAN LABOR

2      A.    I could have performed maybe the

3   second or third follow-ups.  I'm not

4   sure.

5      Q.    Generally speaking, after the

6   follow-up assessment is performed within

7   24 within hours, as you just explained,

8   what is the next thing that happens, based

9   on your experience?

10      A.    It all depends on what the

11   assessment brings about.  If the

12   assessment is for admission for another

13   day or two, then so be it; if it's for

14   longer term admission, it's also done at

15   or could be done at that time; or

16   discharge the patient after consulting

17   family, friends, and knowing the full

18   story.

19      Q.    In this circumstance, in the

20   time that you met Miss Brock initially,

21   did you know if she had been admitted for

22   a day or two or if she was to spend

23   several additional days there?

24      A.    At the time I met her, I knew

25   that she came in on the weekend.  I knew

Dr. Alan Labor
March 22, 2016                                    58

1              DR. ALAN LABOR

2    that she had been there before I saw her.

3         Q.    Did you know if you were

4    assessing her to determine whether or not

5    she was to be released or to stay for a

6    longer period of time?

7         A.    That's our job.  Yes.

8         Q.    So, just to clarify, it's your

9    understanding that when you met with her

10   during that initial 15-minute

11   convervation, you were going to make a

12   determination of whether or not she was

13   supposed to be released or whether or not

14   she was to stay for an additional number

15   of days?

16        A.    Yes.

17        Q.    At what point did you make that

18   determination regarding her release or

19   further admittance?

20        A.    After me and her met, I called

21   the addiction counselor, also spoke with

22   her.  She refused to speak with her.  And

23   then I presented the case to Dr. Samuels,

24   as customary.

25             MR. LAX:  Note my objection to

```
 1              DR. ALAN LABOR

 2   the form for the last question.  Go on.

 3       Q.    What information did you present

 4   to Dr. Samuels?

 5       A.    What happened between me and her

 6   and the prior couple of 15 minutes, about

 7   15 minutes.

 8       Q.    Did you relay any information to

 9   Dr. Samuels other than what you've already

10   told me?

11       A.    At that time, her sisters were

12   visiting, so I think I told Dr. Samuels

13   that we have her sisters here, as well.

14       Q.    Did you speak with Miss Brock's

15   sisters?

16       A.    Yes.

17       Q.    How many sisters?

18       A.    Two.

19       Q.    What did you speak with them

20   about?

21       A.    We spoke about Miss Brock.

22       Q.    And what did they tell you about

23   Miss Brock, if anything?

24       A.    Miss Brock has been having

25   family stresses recently; she has had a
```

1                    DR. ALAN LABOR

2    history of manic behavior; she has put

3    herself in risky activities, like driving

4    fast; and because of her manic and risky

5    behaviors, involvement in risky behaviors,

6    her father and her were not getting along

7    and the father asked her to leave the

8    house; so she was out of the house, the

9    family house for a bit; and the sisters

10   clearly asked us to not to let her go that

11   fast.

12       Q.    Did they ask you to administer

13   something called Haloperidol to her?

14       A.    No.

15       Q.    Did you order Haloperidol for

16   the plaintiff at any point during her

17   admittance?

18            MR. LAX:  Objection.  Go ahead.

19       A.    I could have.  That's a common

20   medication we order for patients who are

21   impulsive and manic and not able to keep

22   themselves calm.

23            MS. MASSIMI:  Can you read back

24   the end of the last response?

25            (Record read by the reporter.)

Dr. Alan Labor
March 22, 2016                                              61

1            DR. ALAN LABOR

2      Q.    When you encounter a patient who

3  you perceive to be impulsive, manic and

4  not able to keep themselves calm, what is

5  the first resort in a situation like

6  that?

7            MR. LAX:  Objection.  Go ahead.

8      A.    Talk to them, verbal

9  redirection.

10     Q.    Talk to them for what purpose?

11     A.    To provide support and to let

12  them know that they're safe, and ask them

13  to sit still; let them know they've been

14  disruptive to others.

15     Q.    Did you ever try to negotiate

16  with Miss Brock to see if she understood

17  her behavior?

18     A.    Yes.

19     Q.    Did you observe anything

20  regarding Miss Brock's behavior that

21  warranted the forced administration of any

22  medication?

23            MR. LAX:  Objection.  Go ahead.

24     A.    She was unable to control

25  herself; she was getting into verbal

Dr. Alan Labor
March 22, 2016                                          62

1              DR. ALAN LABOR

2    arguments with her peers; she was not

3    responding to verbal redirection.

4              MS. MASSIMI:  Can you just read

5    back the last question?

6              (Record read by the reporter.)

7        Q.    In those behaviors that you've

8    just described to me, you believe that

9    that warranted the forced administration

10   of medication?

11             MR. LAX:  Objection.

12       A.    Yes.

13       Q.    What specifically do you believe

14   Miss Brock did that would have warranted

15   the forced administration of Haldol?

16             MR. LAX:  Objection.

17       A.    I think I said that already.

18       Q.    Just those three things that

19   you've just described?

20       A.    Yes.

21       Q.    What do you believe is more

22   extreme:  Commitment in a psych ward or

23   administration of Haldol?

24             MR. LAX:  Objection.

25       Q.    What's so funny?

Dr. Alan Labor
March 22, 2016                                                63

1            DR. ALAN LABOR

2      A.    Because I can't tell what is

3   more extreme.  It all depends on the

4   circumstances.

5      Q.    Is Haldol short for

6   Haloperidol?

7      A.    Yes.

8      Q.    I'm just going to refer to it as

9   Haldol.

10     A.    Sure.

11     Q.    What's Haldol?

12     A.    It's an antipsychotic.

13     Q.    In this situation, based upon

14  everything you observed regarding Miss

15  Brock with regard her behavior, things

16  that she spoke to you about, as you sit

17  here today, you can't tell me what is more

18  extreme between the commitment in a psych

19  ward and the forced administration of

20  Haldol?

21          MR. LAX:  Objection.

22     A.    Well, forced administration of

23  injections is for emergent behavioral

24  control.  Preventing a patient from

25  hurting themself, preventing a patient

1              DR. ALAN LABOR

2    from hurting others.

3              Inpatient admission is for a

4    couple of days, and while being admitted

5    as an inpatient, yes, we also give

6    forced -- we can give forced medications,

7    IM medications.  So to say which is more

8    extreme is, you know.

9       Q.    I just want to be clear about

10   this:  Haldol would only be administered

11   in circumstances where a patient appears

12   to be a harm to themselves or a harm to

13   others, correct?

14             MR. LAX:  Objection.

15      A.    Not necessarily.

16      Q.    What are the other circumstances

17   under which you would think it's

18   appropriate to administer Haldol against a

19   patient's will?

20             MR. LAX:  Objection.

21      A.    Behavior.  Their behavior.

22      Q.    Such as?

23      A.    Erratic; manic; impulsive;

24   hyperactive; psychotic.

25      Q.    What specifically was Miss Brock

Dr. Alan Labor
March 22, 2016                                    65

1                    DR. ALAN LABOR

2    doing that made you think it was

3    appropriate that she be administered

4    Haldol against her will?

5              MR. LAX:  Objection.

6         A.    Well, she was hyperactive; she

7    was loud; she was disrupting others, the

8    peace of others; and she was not listening

9    to verbal redirection.

10        Q.    But, Doctor, you have to admit

11   that all of those things you've just

12   listed are different than actually posing

13   a physical threat to another individual,

14   correct?

15             MR. LAX:  Objection.

16        A.    Not necessarily.

17        Q.    What did she specifically do, if

18   anything, that led you to believe that she

19   posed a physical threat to other people?

20             MR. LAX:  Objection.

21        A.    Being disruptive to others.

22        Q.    How was that physically

23   threatening to other people?

24        A.    Because it could nearly become a

25   physical altercation.

1                DR. ALAN LABOR

2            MR. LAX:  Can we just take a

3    break for a second?  I just want to ask

4    him a question.

5                (Recess taken.)

6            MS. MASSIMI:  Read back the last

7    question and answer, please.

8                (Record read by the reporter.)

9        Q.    Doctor, we've just taken a short

10   break and you've had an opportunity to

11   refer to the stack of medical records

12   that's in front of you.  Did you recognize

13   that document?

14            MR. LAX:  Objection.

15       A.    What document?

16       Q.    The document that you reviewed.

17   It's a very large document.

18       A.    I did not review all of them.  I

19   reviewed the orders.

20       Q.    So you reviewed only the orders

21   portion of the document that's in front of

22   you?

23       A.    Yes.

24       Q.    I just want to say, if you need

25   to refer to that document at any point to

1              DR. ALAN LABOR

2    refresh your recollection of anything, you

3    can do so.  It's a copy of the plaintiff's

4    chart and orders that we've received from

5    Harlem Hospital from her admittance there

6    back in 2014.

7        A.    Okay.

8        Q.    I just want to go back to the

9    initial meeting that you had with Miss

10   Brock on, I believe it was September 14,

11   2014.

12       A.    Actually, it was the 15th.

13   We've just corrected the day.

14       Q.    It was Monday the 15th?

15       A.    Right.

16       Q.    Just to clarify, everything that

17   we've been speaking about with regard to

18   your initial meeting with Miss Brock in

19   that 15-minute meeting in the CPEP unit,

20   that was on September 15, 2014?

21       A.    Yes.

22       Q.    So, was that one day or two days

23   after Miss Brock was admitted to the

24   hospital?

25       A.    I think one day.

1                 DR. ALAN LABOR

2      Q.    Can you take a look at the chart

3   to be sure?

4           MR. LAX:  She's allowing you to

5   look through this as much as you need to

6   to see.

7           (Witness perusing the document.)

8      A.    Okay.  Sunday, 14th of September

9   was when she came into the CPEP at 12:00

10  in the daytime.  12:05.  Yes.  Sunday,

11  14th September.  And I met with her

12  Monday, 15th September.  So it's one day.

13     Q.    Can you tell from looking at the

14  medical records when she arrived to the

15  ER?

16          (Witness perusing the document.)

17     A.    It says arrival time to CPEP.

18  I'm not sure of the arrival time of the

19  medical ER, if that's what you're asking

20  for.

21     Q.    What about at the top of the

22  page?  There's a box in the upper right

23  corner of the page.  Does that give the

24  admittance date or is that something

25  else?

1               DR. ALAN LABOR

2       A.    Oh, okay.  Admission.  I guess,

3   September 14, 2014.

4       Q.    Is that admission to the

5   emergency room or to the CPEP unit?

6       A.    I guess it's in the emergency

7   room.

8       Q.    Did you prescribe any

9   medications to be administered to Miss

10  Brock during her stay at Harlem Hospital?

11      A.    Yes.

12      Q.    What medications were those?

13      A.    Haloperidol.

14      Q.    Anything else?

15      A.    And Ativan, also called

16  Lorazepam.

17      Q.    Also called Lorazepam?

18      A.    Yes.

19      Q.    How many times did you order

20  Haloperidol for Miss Brock?

21      A.    Once.

22      Q.    When was that administered to

23  Miss Brock?

24      A.    On the day I met with her, after

25  I met with her.

Dr. Alan Labor
March 22, 2016                                        70

1                    DR. ALAN LABOR

2        Q.    On September 15th?

3        A.    15th.

4        Q.    2014?

5        A.    Yes.

6        Q.    Was that the first order for

7    Haloperidol that had been requested for

8    Miss Brock during her stay?

9             MR. LAX:  And again, if you need

10   to look, you can take a look.

11       A.    No.  It was not.

12       Q.    When was the first Haloperidol

13   order, as reflected by the records that

14   you're referring to right now?

15       A.    The 14th.

16       Q.    Who ordered that?  You can take

17   your time.

18             (Witness perusing document.)

19       A.    Okay.  Before I ordered that, it

20   was ordered on the 13th of September.

21       Q.    Who ordered it?

22       A.    Herman Anderson.

23       Q.    Who is Herman Anderson?

24       A.    I do not know.  I presume he's a

25   medical ER physician.

1              DR. ALAN LABOR

2         Subsequently to that,

3    Dr. Dobroshi ordered the next day on the

4    14th of September.

5      Q.    Can I see the page you're

6    looking at with Herman Anderson's name on

7    it?

8      A.    (Complying.)

9      Q.    Is it correct to say that Miss

10   Brock was administered three injections of

11   Haldol while she was admitted to Harlem

12   Hospital?

13     A.    The records -- yes.   That's what

14   the records show.

15     Q.    Was it more than three?

16     A.    I'm looking at the records now.

17     Q.    Take your time.

18     A.    The first one was on the 13th,

19   Dr. Anderson; the second was on the 14th,

20   Dr. Dobroshi; and the third was myself on

21   the 15th.

22              (Witness perusing the document.)

23     A.    Yes.   I would think so.   Yes.

24   Three Haldols.

25     Q.    Was the dosage the same for each

1                    DR. ALAN LABOR

2    order of Haldol?

3        A.    Yes.

4        Q.    And what was the dosage?

5        A.    Five milligrams.

6        Q.    Is five milligrams of Haldol an

7    appropriate dosage for Miss Brock's

8    approximate weight and height?

9        A.    Yes.

10       Q.    Do you recall what her

11   approximate weight and height was?

12       A.    No.

13       Q.    Do you know why Herman Anderson

14   ordered Haldol for Miss Brock?

15       A.    No.

16       Q.    Do you know why Dr. Dobroshi

17   ordered Haldol for Miss Brock?

18       A.    No.

19       Q.    Were all three of those

20   injections forced injections?

21            MR. LAX:  Objection.

22       A.    I know mine was.  Yes, because

23   she had refused pill by mouth.

24       Q.    Can you actually take a look at

25   the medical records and tell me how the

1          DR. ALAN LABOR

2    Haldol was administered for Herman

3    Anderson's Haldol order and Dr. Dobroshi's

4    Haldol order?

5       A.    Okay.   Anderson's order was five

6    milligrams, IM.

7       Q.    By what?

8       A.    Intramuscular, IM.

9       Q.    And what does intramuscular

10   mean?

11      A.    The injection goes into the

12   muscle.

13      Q.    Why would the Haldol have been

14   administered via intramuscular injection?

15      A.    For faster results, for faster

16   action.

17      Q.    Is it fair to say that it's

18   because Miss Brock refused to take the

19   Haldol?

20      A.    Most likely.

21      Q.    What are the other methods of

22   receiving Haldol into the body?

23      A.    By mouth.

24      Q.    And Haldol would have been taken

25   by mouth if she was consenting to the

1              DR. ALAN LABOR

2     dosage, correct?

3          A.    Yes.

4          Q.    And the administration of Haldol

5     pursuant to Dobroshi's order on September

6     14th was which method?

7          A.    Okay.  Dr. Dobroshi's order was

8     for Haldol, five milligrams IM, on the

9     14th.

10         Q.    Meaning intramuscular

11    injection?

12         A.    Intramuscular.  Yes.

13         Q.    And again, based on your

14    knowledge, experience and training, the

15    injection of Haldol would have been given

16    via intramuscular injection because Miss

17    Brock did not want to take the Haldol?

18         A.    By mouth.

19         Q.    And then you said that you

20    ordered an intramuscular injection for

21    Miss Brock of Haldol on September 15th,

22    correct?

23         A.    Yes.

24         Q.    Did you personally administer

25    the Haldol to Miss Brock?

1                    DR. ALAN LABOR

2        A.    No.

3        Q.    Who administered the Haldol?

4        A.    Her nurse.

5        Q.    Which nurse?

6              (Witness perusing the document.)

7        A.    Okay.  It was administered by

8    Amelia Okaruma.

9        Q.    Did you witness the Haldol being

10   administered?

11       A.    Yes.

12       Q.    How was the Haldol

13   administered?

14       A.    Intramuscularly.

15       Q.    Did Miss Brock have to be

16   restrained in any manner to administer the

17   Haldol, given that she didn't want to take

18   it orally?

19       A.    No.

20       Q.    Was she sitting down when it was

21   administered?

22       A.    On her bed.

23       Q.    And she wasn't restrained to her

24   bed at all?

25       A.    No.

Dr. Alan Labor
March 22, 2016

76

1              DR. ALAN LABOR

2      Q.    With regard to the intramuscular

3  injections of Haldol she had on the 13th

4  and 14th, do you know if she had to be

5  restrained in any manner while the Haldol

6  was administered?

7      A.    I don't know because I wasn't

8  there.

9      Q.    Is there any way to tell from

10  the medical records whether or not that

11  was the case?

12      A.    Yes.  It could be in the

13  progress notes; maybe the nurse's, usually

14  because the nurses write the notes because

15  they do the restraints.  They should put

16  it in the note.

17      Q.    You're saying with regard to the

18  Haldol injection you ordered, Miss Brock

19  did not have to be restrained in any

20  manner?

21      A.    I do not recall that.  No.

22      Q.    Do you want to take a look at

23  the progress notes for that injection just

24  to confirm whether or not she had to be

25  restrained?

1                    DR. ALAN LABOR

2      A.    Sure.

3      Q.    You can take your time.

4            MR. LAX:   Which note are you

5   referring to?

6            MS. MASSIMI:   The one he ordered

7   on September 15th.

8      A.    There's no mention of

9   restraints.

10     Q.    If restraints are necessary, are

11  they included every time in the progress

12  note?

13           MR. LAX:   Objection.

14     A.    They should be.

15     Q.    You first met with Miss Brock on

16  September 15, 2014, correct?

17     A.    Yes.

18     Q.    When you first met with her, did

19  you know that she had already received two

20  five-milligram injections of Haldol?

21     A.    No.

22     Q.    Do Haldol injections affect a

23  patient's behavior in any way?

24     A.    Yes.   It makes them calm.

25     Q.    How long do the effects of the

Dr. Alan Labor
March 22, 2016                                        78

1              DR. ALAN LABOR

2    injection of five milligrams generally

3    last for?

4         A.    A couple of hours.

5         Q.    Did you prescribe or order any

6    other medication for Miss Brock during her

7    stay at -- during her commitment to Harlem

8    Hospital?

9              MR. LAX:  Objection.  You can

10   answer.

11        A.    I ordered Ativan/Lorazepam.

12        Q.    What's considered a harsher

13   drug, Ativan/Lorazepam or Haldol?

14        A.    They're both doing different

15   things.

16        Q.    What does Haldol do?

17        A.    Keeps them from being impulsive

18   and gets them to keep calm.

19        Q.    What about Ativan-Lorazepam?

20        A.    Sedates them.

21        Q.    And between the two, you don't

22   know which is considered a harsher drug?

23             MR. LAX:  Objection.

24        A.    Yes.  I do not know.

25        Q.    During the September 15th

1              DR. ALAN LABOR

2    meeting with Miss Brock, did you take any

3    notes?

4        A.    Yes.

5        Q.    Were they handwritten notes?

6        A.    No.  On the computer.

7        Q.    Are those notes included in the

8    chart that we've been reviewing today?

9        A.    Yes.

10       Q.    You testified earlier that at

11   the end of that initial 15-minute meeting

12   on September 15th, you didn't make a

13   diagnosis of Miss Brock; is that correct?

14       A.    Correct.

15       Q.    Did there come a time when you

16   did make a diagnosis of Miss Brock?

17       A.    Yes.

18       Q.    When was that?

19       A.    After I met with the attending

20   and her sisters.

21       Q.    After you met with Dr. Samuels?

22       A.    Yes.

23       Q.    And how long after your meeting

24   with Miss Brock did that meeting with

25   Dr. Samuels and Miss Brock's sisters take

1              DR. ALAN LABOR

2    know, we were wondering whether that could

3    lead to a physical altercation.

4         Q.    But you didn't hear what was

5    said between them?

6         A.    I don't recall.

7         Q.    You didn't hear Miss Brock make

8    any threats with regard to that person?

9         A.    No.

10        Q.    Did you ever hear Miss Brock

11   threaten anyone during her entire stay at

12   Harlem Hospital?

13        A.    No.

14        Q.    When you state that she had

15   racing thoughts, how do you know that?

16        A.    Well, wanting to do a lot of

17   things.  Wanting to go; wanting to, you

18   know, go get the things done.  So that

19   tells you the patient has racing thoughts

20   when they have lot of things going on at

21   the same time.

22        Q.    What specifically did she say

23   she wanted to do?

24        A.    I don't remember.

25        Q.    Do you remember anything she

Dr. Alan Labor
March 22, 2016                                    89

1              DR. ALAN LABOR

2    wanted to do other than leaving the

3    hospital?

4        A.    She wanted to go back and get

5    her car.

6        Q.    So, leave the hospital?

7        A.    Yes.

8        Q.    When you state that she admitted

9    to driving fast, are you just referring to

10   what we have already discussed earlier

11   when she was driving around Harlem?

12       A.    Yes.

13       Q.    And again, you don't know

14   specifically where she was driving or what

15   the speed limit was where she was

16   driving?

17       A.    She was on one of the avenues in

18   Harlem, and that is where she was picked

19   up.  I'm not sure which one.

20       Q.    But you don't know what the

21   speed limit was at that location?

22       A.    I assume the speed limit of the

23   City of New York.

24       Q.    What speed limit is that?

25       A.    I do not know.

Dr. Alan Labor
March 22, 2016                                    92

1                DR. ALAN LABOR

2     specific examples that you believe support

3     your conclusion that Miss Brock was acting

4     in an erratic manner?

5          A.     Well, when she came to the CPEP,

6     going back to your previous question,

7     sorry, she was refusing to follow orders

8     because she was refusing to take off her

9     earrings and jewelry; she was refusing to

10    follow the orders of the hospital police.

11         Q.    Did you observe this

12    interaction?

13         A.    No.

14         Q.    How do you know about it?

15         A.    It was in the progress notes.

16         Q.    And what makes you think that's

17    erratic?

18         A.    That's not erratic.  I said

19    prior to your previous question about --

20    what was your previous question to this?

21         Q.    Not following orders.

22         A.    Not following orders.

23         Q.    So, she didn't want to take off

24    her earrings or jewelry.  But you didn't

25    see that happen?

1              DR. ALAN LABOR

2      A.    No.

3      Q.    How do you know about it?

4      A.    From previous records, from

5   previous notes.

6      Q.    From Dr. Nnadi's notes?

7      A.    Yes.  One of the two.  Or

8   Dr. Dobroshi's notes.

9      Q.    What earrings and jewelry did

10   she not want to removed?

11      A.    Her personal jewelry.  Patients

12   are not allowed to have personal jewelry

13   while they're in the CPEP.

14      Q.    Why?

15      A.    For safety reasons.

16      Q.    Do you know the value of her

17   earrings or jewelry?

18      A.    No.

19      Q.    Do you know if she eventually

20   removed her earring or jewelry?

21      A.    Eventually she had to.

22      Q.    What do you mean she had to?

23      A.    Because patients will have to

24   take off their jewelry prior to admission

25   in the CPEP.

1                    DR. ALAN LABOR

2       Q.    And being that she was admitted,

3    she must have removed them?

4       A.    Yes.  At some point.

5       Q.    Voluntarily?

6       A.    From my recollection,

7    involuntarily.

8       Q.    Involuntarily.  And how were her

9    earrings and jewelry involuntarily

10   removed?

11      A.    I'm not sure.

12      Q.    When you say from your

13   recollection they were removed

14   involuntarily, is that something you read

15   in Dr. Nnadi's notes?

16          MR. LAX:  Objection.

17      A.    Yes.  In one of the notes.

18   Yes.

19      Q.    Did she have to be restrained in

20   any manner in order for hospital staff to

21   remove her personal belongings?

22      A.    No.  She could have been, but I

23   don't think she was.

24      Q.    When you say that her earrings

25   and jewelry were involuntarily removed,

Dr. Alan Labor
March 22, 2016                                   95

1            DR. ALAN LABOR

2    that might just mean that she said, "I

3    don't want to remove my earrings and

4    jewelry," but then took them off anyway?

5            MR. LAX:  Objection.

6        A.    Well, you can say so.  Remember,

7    I wasn't there.  That happened over the

8    weekend.  You can say so.

9        Q.    Okay.

10       A.    Or sometimes we medicate

11   patients to be able to get them sedated

12   enough to take their earrings off.

13       Q.    Can you tell from looking at the

14   medical records in front of you that we've

15   been referring to today why the Haldol

16   injection was ordered by Herman Anderson

17   on September 13th?

18       A.    I do not know.

19           MR. LAX:  Take a look at the

20   records and see if you can see his portion

21   the chart.

22           (Witness perusing the document.)

23       A.    Okay.  I found a note, but this

24   is the nurse's note.

25       Q.    What date and time?

1              DR. ALAN LABOR

2              MR. LAX:  Objection.  You can

3    answer.

4        A.    No.

5        Q.    Is there a standard of care or

6    something like it that must be followed

7    when a patient presents with the symptoms

8    that you've described here today in

9    relation to Miss Brock?

10             MR. LAX:  Objection.

11       A.    I do not know.

12       Q.    Do you if any reasonably

13   well-qualified physician would differ with

14   your opinion regarding Miss Brock's

15   diagnosis?

16             MR. LAX:  Objection.

17       A.    It's not only my opinion, it's

18   the opinions of a team of healthcare

19   providers.

20       Q.    I just need you to answer the

21   question.

22       A.    So the answer is no.

23       Q.    Does Harlem Hospital have any

24   published policies or procedures

25   applicable to a physician's diagnosis,

1                    DR. ALAN LABOR

2    care or treatment of a patient with

3    Bipolar 1 Disorder?

4              MR. LAX:  Objection.

5       A.    I do not know.

6       Q.    Did any of Miss Brock's family

7    members ever tell you that she was violent

8    with them?

9       A.    I do not remember violence.

10      Q.    Is that something that would

11   stand out to you if they had said that?

12             MR. LAX:  Objection.  You can

13   answer.

14      A.    I don't remember.

15      Q.    Did there come a time when Miss

16   Brock was discharged from Harlem

17   Hospital?

18      A.    Say that again?

19      Q.    Did there come a time when Miss

20   Brock was discharged from Harlem

21   Hospital?

22      A.    She's no longer admitted, so I

23   would expect so.

24      Q.    I know, but I have to ask you.

25   You're the doctor.  I can't just make

1              DR. ALAN LABOR

2    statements on the record like that.  So if

3    you can just answer the question, we can

4    get through the questions and you can get

5    out of here quickly.

6              Just to repeat it:  Did there

7    come a time when Miss Brock became

8    discharged from the hospital?

9        A.    Records shows a discharge date

10   and time.

11       Q.    Great.  Can you tell me, based

12   on the records, the date and time that

13   Miss Brock was discharged from the

14   hospital?

15       A.    22nd September, 2014; 16:30.

16       Q.    Did there come a point during

17   Miss Brock's confinement to the hospital

18   that her condition began improving?

19             MR. LAX:  Objection.

20       A.    I do not know.

21       Q.    How long after a patient that is

22   admitted to the psych unit of Harlem

23   Hospital begins to show improvement do you

24   release them from the hospital?

25             MR. LAX:  Objection.

Dr. Alan Labor
March 22, 2016                                    119

1              DR. ALAN LABOR

2      A.    There is no time and date.

3      Q.    What do you mean?

4      A.    There's no specific time, date

5  or period.

6      Q.    Can you hold then indefinitely?

7      A.    If we have to, under the law.

8      Q.    What symptoms does an individual

9  have to exhibit in order for you to hold

10  them indefinitely under the law?

11              MR. LAX:   Objection.

12      A.    It's not -- it's hard to tell.

13  It's on a case-by-case basis.

14      Q.    When you say under the law, what

15  laws are you referring to?

16      A.    Mental health law, hygiene law.

17      Q.    Is there a specific section?

18      A.    I do not know.

19      Q.    Could you have held Miss Brock

20  indefinitely?

21      A.    I do not know, because I saw her

22  very briefly.

23      Q.    After meeting with her for the

24  initial 15-minute meeting on September

25  15th, I believe it was, when was the next

Dr. Alan Labor
March 22, 2016                                    120

1           DR. ALAN LABOR

2   time that you saw Miss Brock?

3       A.    The following day before she

4   went upstairs.

5       Q.    How long did you meet with Miss

6   Brock the following day before she went

7   upstairs?

8       A.    I did not meet with her

9   personally.

10      Q.    Did you observe her in some

11  capacity?

12      A.    Yes, I did.

13      Q.    Can you explain that to me a

14  little bit?

15      A.    She had appeared less

16  argumentative, and she was -- she appeared

17  a little calmer than the previous day.

18      Q.    But you're saying that you

19  didn't speak with her directly; is that

20  correct?

21      A.    I observed her.  Yes.

22      Q.    How did you observe her?

23      A.    In her room.  In her room, doing

24  rounds.

25      Q.    Did you observe her for a matter