UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

KAMILAH BROCK,

                                                  Plaintiff,

                        - against -

THE CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, HARLEM HOSPITAL, DR. ELISABETH LESCOUFLAIR, Individually and in her official capacity, DR. ZANA DOBROSHI, Individually and in her official capacity, DR. ALAN DUDLEY LABOR, Individually and in his official capacity, DR. HERMAN ANDERSON, Individually and in his official capacity, and POLICE OFFICER SALVADOR DIAZ, Shield No. 21953, Individually and in his official capacity,

                                                 Defendants.

------------------------------------------------------------------------ X

**REPLY DECLARATION OF JOSHUA J. LAX IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

15 Civ. 1832 (VSB)

       **JOSHUA J. LAX**, an attorney duly admitted to practice in the Courts of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, states that the following statements are true:

1. I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York New York City Health and Hospitals Corporation, Harlem Hospital, Elisabeth Lescouflair, Zana Dobroshi, Alan Dudley Labor and Salvador Diaz.  As such, I am familiar with the facts and circumstances stated herein and submit this reply declaration in further support of defendants' motion for summary judgment pursuant to FED. R. CIV. P. 56.

2. Annexed hereto as Exhibit "P" are excerpts of the Deposition of Salvador Diaz, taken February 26, 2016.

3. Annexed hereto as Exhibit "Q" are excerpts from the Deposition of Herman Anderson, taken June 6, 2016.

4. Annexed hereto as Exhibit "R" are excerpts from the Deposition of Charles Nnadi, taken July 5, 2016.

5. Annexed hereto as Exhibit "S" are excerpts from the Deposition of Zana Dobroshi, taken June 9, 2016.

6. Annexed hereto as Exhibit "T" are excerpts from the Deposition of Plaintiff, Kamilah Brock, taken November 17, 2015.

7. Annexed hereto as Exhibit "U" are excerpts from the Deposition of Dr. Elisabeth Lescouflair, taken March 10, 2016.

Dated:   New York, New York
         April 17, 2017

        ZACHARY W. CARTER
        Corporation Counsel of the
        City of New York
        *Attorney for Defendants*
        100 Church Street, Room 3-172
        New York, New York 10007
        (212) 356-3538

By:   /s/
      Joshua J. Lax
      Assistant Corporation Counsel

TO: <u>BY ECF</u>
Jessica Massimi, Esq.
Law Offices of Michael S. Lamonsoff, PLLC
32 Old Slip, 8th Floor
New York, New York 10005