# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○△
Seth J. MacArthur, Esq.○
Ryan J. Lawlor, Esq.○△□
Joseph E. Gorczyca, Esq.○△
Darren T. Moore, Esq. ○△
Joshua Versoza, Esq.

_____
Also Admitted in
○E.D.N.Y.
△S.D.N.Y
□ United States Court of Appeals 2nd Circuit
◊ NJ Federal Court
*Also admitted in New Jersey



Stacey Haskel, Esq.*
Jessica Massimi, Esq.○△
Jonathan Wachlarz, Esq. ○△
Dwayne T. Williams, Esq.
Jeffrey Bloomfield, Esq. ○△
Crystal Abreu, Esq.

ALL CORRESPONDENCE TO
NEW YORK OFFICE

www.msllegal.com

December 5, 2017

**(via ECF)**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: Kamilah Brock v. City of New York, et al.
        <u>Docket No. 15 Cv. 1832 (VSB)</u>

Your Honor:

    My name is Ryan Lawlor and I am an attorney at the Law Offices of Michael S. Lamonsoff, PLLC, counsel for Plaintiff in the above-referenced action. Effective Friday, December 8th, 2017, I will be leaving the employ of the Law Offices of Michael S. Lamonsoff, PLLC. I submit this letter seeking to be terminated from the docket in the above-referenced case. My colleague, Ms. Jessica Massimi, has entered an appearance on the docket and the firm continues to represent Ms. Brock in the action. The granting of this request will have no effect on the litigation and will not leave Ms. Brock unrepresented.

    Thank you for your consideration of this request.

        Respectfully submitted,
        RYAN J. LAWLOR

CC: ALL COUNSEL OF RECORD

**New York Office**: 32 Old Slip at Financial Square, New York, NY 10005 □ **New Jersey Office**: 2168 Millburn Avenue, Ste. 205, Maplewood, NJ 07040
ALL CORRESPONDENCE TO NEW YORK - **Main Telephone**: (212) 962-1020 □ **Toll Free**: (877) 675-4529 □ **Fax**: 212-962-3078 □ www.msllegal.com