```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

KAMILAH BROCK,

                Plaintiff,

    -v-

ELISABETH LESCOUFLAIR, et al.,

                Defendants.
------------------------------------------------------X

**VERDICT SHEET #1**

15-cv-1832 (VSB)

**Question 1**:

Did Officer Salvador Diaz reasonably believe, even if mistakenly, that Plaintiff had a mental illness? ☐

Yes __✓__   No _____

**Question 2**:

Did Officer Salvador Diaz reasonably believe that Plaintiff ran into the traffic lanes of the street and stayed there?

Yes __✓__   No _____

**Question 3**:

Did any of the following Defendants reasonably believe, even if mistakenly, that Plaintiff had a mental illness when they encountered her between September 13, 2014 and September 22, 2014:

    a.    Dr. Elisabeth Lescouflair?

                Yes __✓__   No _____

    b.    Dr. Zana Dobroshi?

                Yes __✓__   No _____

1

    c.    Dr. Alan Dudley Labor?

          Yes ____✓____ No _____

    d.    Dr. Herman Anderson?

          Yes ____✓____ No _____

**Question 4:**

Did any of the following Defendants reasonably believe, even if mistakenly, that Plaintiff's mental illness created a risk that she could be a harm to herself or others when they encountered her between September 13, 2014 and September 22, 2014:

    a.    Dr. Elisabeth Lescouflair?

          Yes ____✓____ No _____

    b.    Dr. Zana Dobroshi?

          Yes ____✓____ No _____

    c.    Dr. Alan Dudley Labor?

          Yes ____✓____ No _____

    d.    Dr. Herman Anderson?

          Yes ____✓____ No _____

**Question 5:**

Did any of the following Defendants reasonably believe, even if mistakenly, that Plaintiff's conduct when each encountered her posed a risk to the safety of Plaintiff or another person:

    a.    Dr. Elisabeth Lescouflair?

          Yes ____✓____ No _____

    b.    Dr. Zana Dobroshi?

          Yes ____✓____ No _____

c.  Dr. Alan Dudley Labor?

Yes __✓__    No _____

d.  Dr. Herman Anderson?

Yes __✓__    No _____

**You have completed all questions. Please proceed to the signature line below.**

**SIGNATURE LINE**

Foreperson and other jurors, please sign and date this sheet. Then advise the Court in a note that you have reached a decision.

_[signature]_        _[signature]_ Jerome Rolla
Foreperson

_[signature]_        _[signature]_ Virginia N. Bubaris

_[signature]_        _[signature]_ Diana L. Martell

_[signature]_        _[signature]_

Dated: 2/13/2019